# EXHIBIT A



SUMMARY REPORT ON THE RESULTS OF
THE INDIVIDUAL REVIEWS OF
70 HOSPITALS
RECEIVING EXTRAORDINARY EXPENSE
TOBACCO FUND PAYMENTS AND
94 HOSPITALS
RECEIVING UNCOMPENSATED CARE
TOBACCO FUND PAYMENTS FROM THE
DEPARTMENT OF PUBLIC WELFARE
IN NOVEMBER 2010

## COMMONWEALTH OF PENNSYLVANIA

## EUGENE A. DEPASQUALE - AUDITOR GENERAL

## DEPARTMENT OF THE AUDITOR GENERAL





Commonwealth of Pennsylvania
Department of the Auditor General
Harrisburg, PA 17120-0018
Facebook: Pennsylvania Auditor General
Twitter: @PAAuditorGen

EUGENE A. DePASQUALE
AUDITOR GENERAL

May 23, 2014

The Honorable Tom Corbett
Governor
Commonwealth of Pennsylvania
Harrisburg, Pennsylvania 17120

Dear Governor Corbett:

The Tobacco Settlement Act of June 26, 2001 (P.L. 755, No. 77), as amended, 35 P.S. § 5701.101 et seq. (Act), mandated the Department of Public Welfare (DPW) to make payments to hospitals for a portion of uncompensated care services provided by these facilities. On November 29, 2010, the DPW calculated payment entitlements totaling $88,536,970 to fund a total of 164 hospitals for uncompensated care under the extraordinary expense approach and the uncompensated care approach. Under the extraordinary expense approach, 70 hospitals were allocated a total of $13,280,546. These payments were based on claims data submitted by the hospitals to the Pennsylvania Health Care Cost Containment Council (PHC4). Under the uncompensated care approach, 94 additional hospitals were allocated a total of $75,256,424. These payments were based on three-year averages from five main data elements (for a total of fifteen data elements). These data elements are uncompensated care costs, net patient revenues, Medicare supplemental security income (Medicare SSI) days, Medical Assistance (MA) days and total inpatient days.

The Department of the Auditor General conducted reviews of the data submitted by each of these hospitals to determine whether each hospital received what it was entitled to under the requirements of this Act. This report summarizes the results of our 164 reviews and includes recommendations for improving the program's data collection and payment process.

The Department of the Auditor General performed reviews of the documentation submitted to the PHC4 by all 70 hospitals that received the extraordinary expense payments made on November 29, 2010. The purpose of these reviews was to determine whether proper documentation existed to support the claims submitted as extraordinary expense-eligible claims and to determine whether each hospital received the payment to which it was entitled. The results of these reviews determined that $859,496 of the $13,280,546 originally calculated and distributed to the 70 hospitals under the extraordinary expense method require repayment to the Commonwealth and redistribution by the DPW to the qualified hospitals. This net overpayment consists of 16 hospitals that were overpaid by a total of $5,586,506 and 54 hospitals that were underpaid by a total of $4,727,010.

The Department of the Auditor General also performed reviews of the documentation submitted to the PHC4 and the DPW by all 94 hospitals that received uncompensated care payments made on November 29, 2010. The purpose of these reviews was to determine whether proper documentation existed for the fifteen data elements utilized by the DPW for each of the hospitals and to determine whether each hospital received the payment to which it was entitled. The results of these reviews determined that a redistribution of the original payments is required. Ten hospitals were overpaid, while 77 hospitals were underpaid, resulting in a redistribution of $926,483. Seven hospitals' payments were capped due to the upper payment limit and, therefore, no adjustments were made to their original payments. One hospital, Wayne County Memorial Hospital, did not originally qualify for payment under the uncompensated care approach as its UC score fell below the median UC score for all hospitals. However, as a result of our reviews, the median UC score increased from 18.8881% to 18.9324%; thus allowing Wayne County Memorial Hospital to qualify for payment under the uncompensated care approach. Therefore, a total of 95 hospitals are included in the redistribution of uncompensated care payments, as shown on page 24 of this report.

In prior issued summary reports, only the extraordinary expense payment approach was detailed, we were not conducting reviews of uncompensated care payments at that time. Regarding the status of the finding included in our prior summary report, we acknowledge that while the DPW has complied annually with our recommendation to collect any overpayments from, or make additional payments to, hospitals based upon the results of our individual reviews, the DPW has again failed to fully address our recommendation to develop a process that would ensure a more reliable database of hospitals' claims from which extraordinary expense payments are determined. This is the fifth consecutive year that DPW has failed to address this recommendation, as included in each of our annual extraordinary expense summary reports. As claims data utilized by the DPW is not entirely accurate and results in hospitals receiving more or less in extraordinary expense payments than they are entitled to receive, the DPW should implement our recommendation, as noted in detail on page 4 of this report. This summary report also includes a second finding which addresses the uncompensated care payment approach for the first time, as noted in detail on page 6 of this report. As with the extraordinary expense approach, the data utilized by the DPW is not entirely accurate or could not be verified and results in hospitals receiving more or less in uncompensated care payments than they are entitled to receive. We believe our recommendations will result in more reliable data from which the DPW can base its extraordinary expense and uncompensated care payments to qualified hospitals.

Sincerely,

EUGENE A. DEPASQUALE
Auditor General

# TABLE OF CONTENTS

PAGE

BACKGROUND ...................................................................................................................1

SCOPE, OBJECTIVE, AND METHODOLOGY .....................................................................2

FINDINGS AND RECOMMENDATIONS...............................................................................4

    Finding No. 1: Extraordinary Expense Claims Data Utilized By The DPW Was Not
                   Entirely Accurate Resulting In Hospitals Receiving $859,496 More Than
                   They Were Entitled To Receive..................................................................4

    Finding No. 2: Uncompensated Care Data Elements Utilized By The DPW Were Not
                   Entirely Accurate Resulting In A Need For A Redistribution Of $926,483
                   Among The 94 Hospitals That Received This Payment...............................6

EXHIBIT 1 – EXTRAORDINARY EXPENSE.........................................................................9

EXHIBIT 2 – EXTRAORDINARY EXPENSE ADDITIONAL CLAIMS...............................11

EXHIBIT 3 – EXTRAORDINARY EXPENSE OVER/(UNDER)PAYMENTS......................12

EXHIBIT 4 – UNCOMPENSATED CARE.............................................................................14

EXHIBIT 5 – UNCOMPENSATED CARE OVER/(UNDER) PAYMENTS ..........................24

DEPARTMENT OF PUBLIC WELFARE'S RESPONSE........................................................27

PENNSYLVANIA HEALTH CARE COST CONTAINMENT COUNCIL'S RESPONSE....32

REPORT DISTRIBUTION LIST...........................................................................................34

# BACKGROUND

Beginning in June 2002, hospitals that qualified for payments under the Tobacco Settlement Act of June 26, 2001 (P.L. 755, No. 77), as amended, 35 P.S. § 5701.101 et seq. (Act), could receive funds using either an extraordinary expense approach or an uncompensated care approach. Under the extraordinary expense approach, payment is based on a hospital's number of qualified claims. Qualified claims are those claims in which the cost of the claim exceeded twice the average cost of all claims for a particular hospital and for which the hospital provided inpatient services to an uninsured patient. Under the uncompensated care approach, payment is based on the level of uncompensated care at each hospital and is determined by using three-year averages from five main data elements (for a total of fifteen data elements). These data elements are uncompensated care costs, net patient revenues, Medicare supplemental security income (Medicare SSI) days, Medical Assistance (MA) days and total inpatient days. It should be noted that the 2010 uncompensated care payment was to be calculated based on three-year averages of these data elements for the fiscal years ended June 30, 2006, 2007, and 2008. However, due to errors in data used by the Centers for Medicare and Medicaid Services (CMS) to calculate the Medicare SSI days for the fiscal years ended June 30, 2006, 2007, 2008, and 2009, the DPW chose to calculate the 2010 Medicare SSI days data element based on three-year averages of Medicare SSI days for the fiscal years ended June 30, 2003, 2004, and 2005, as these years represent the most recent data available for Medicare SSI days.

To calculate the extraordinary expense payments it made to the 70 hospitals in November 2010, the DPW used claims data for the period July 1, 2007 to June 30, 2008 submitted by hospitals to the PHC4. To calculate the uncompensated care payments it made to the 94 hospitals in November 2010, the DPW used uncompensated care costs and net patient revenues submitted to the PHC4 for the fiscal years ended June 30, 2006, 2007, and 2008; patients' census records supporting MA days and total inpatient days, as included on the facility's MA cost reports submitted to the DPW for the fiscal years ended June 30, 2006, 2007, and 2008; and the Medicare SSI days, as determined by the CMS for the fiscal years ended June 30, 2003, 2004, and 2005.

1

## SCOPE, OBJECTIVE, AND METHODOLOGY

Extraordinary Expense Approach

The Department of the Auditor General performed reviews of the data submitted to the PHC4 by the 70 hospitals that received extraordinary expense payments made on November 29, 2010 and analyzed the applicable claims data for the period July 1, 2007 to June 30, 2008. The purpose of our reviews was to determine whether the hospitals could substantiate their reported claims and verify that the patient was uninsured and received no compensation from third party payers such as Medicare, Medicaid, or Blue Cross. Payments made by the patient themselves toward their financial obligation reduced the allowable costs of the respective claim when determining eligibility. In conducting our reviews, we allowed hospitals to include eligible claims not initially reported.

The methodology in support of our objective included:

- reviewing Chapter 11 of the Act and other pertinent information;

- reviewing hospital charity care and bad debt policies and procedures;

- interviewing hospital personnel about the procedures followed to determine each patient's payer classification status;

- verifying receipt of the tobacco payment by the hospital;

- verifying the accuracy of the claims data submitted by the hospital to the PHC4 and subsequently by the PHC4 to the DPW, as well as the cost to charge ratios utilized by the DPW;

- examining patients' records to verify self-pay status and to determine if any payments were made by the patient toward their financial obligation;

- verifying claims met the minimum claim charge to qualify as extraordinary expense;

- reviewing any additional hospital claims for the period July 1, 2007 to June 30, 2008 not originally submitted to determine eligibility; and

- recalculating the hospital's extraordinary expense tobacco payment entitlement based on revised information.

Uncompensated Care Approach

The Department of the Auditor General performed reviews of the data submitted to the PHC4 and the DPW by the 94 hospitals that received the November 2010 uncompensated care payments and analyzed data for the fiscal years ended June 30, 2006, June 30, 2007, and June 30, 2008 (June 30, 2003, June 30, 2004, and June 30, 2005 for Medicare SSI days). The purpose of these reviews was to determine whether proper documentation existed for the fifteen data elements utilized by the DPW for each of the hospitals.

The methodology in support of our objective included:

- reviewing Chapter 11 of the Act and other pertinent information;

- reviewing hospital charity care policies and procedures;

- interviewing hospital personnel about the procedures followed to submit the original data and any revisions, if applicable, to the PHC4;

- verifying receipt of the tobacco payment by the hospital;

- verifying the accuracy of the bad debt expense and charity care costs, which are factors of uncompensated care costs, and net patient revenue submitted by the hospital to the PHC4 and subsequently by the PHC4 to the DPW, as well as the cost to charge ratios utilized by the DPW;

- verifying the accuracy of the fee-for-service days, Health Maintenance Organization HMO days, and out-of-state days, which are factors of total MA days, and total inpatient days submitted by the hospital to the DPW;

- verifying the accuracy of the Medicare SSI days utilized by the DPW based on data from the CMS website database;

- recalculating the hospital's UC score using the verified fifteen data elements; and

- recalculating the hospital's uncompensated care tobacco payment entitlement based on revised information.

## FINDINGS AND RECOMMENDATIONS

**Finding No. 1**: **Extraordinary Expense Claims Data Utilized By The DPW Was Not Entirely Accurate Resulting In Hospitals Receiving $859,496 More Than They Were Entitled To Receive.**

**Condition**: We determined that of the 789 extraordinary expense claims totaling $13,280,546 originally reported by the 70 hospitals, only 489 (62 percent) were allowable. We further determined that another 47 claims, not originally included in the PHC4 database of claims for the same period, were allowable. (See Exhibits 1 and 2.)

**Criteria**: Act 77 of 2001, Chapter 11, gives the DPW the responsibility to collect the necessary data, determine eligibility, and calculate and make extraordinary expense payments to qualified hospitals on an annual basis.

**Cause**: When reviewing hospitals' extraordinary expense claims we found that the hospitals' initial payer designations given to these claims when patients began hospital stays, either subsequently changed or were never updated to reflect changes that occurred during or after their hospital stays. This resulted in changes to the hospitals' "compensated" or "uncompensated" status for certain extraordinary expense claims. Such incorrect statuses of claims are provided by many hospitals to the PHC4 which then forwards the incorrect data to the DPW where it is used to calculate extraordinary expense payments. This problem causes concern related to the DPW's use of the PHC4 database since that database does not always contain finalized payer designations.

Because of similar findings reported in previous years, the PHC4, in conjunction with the DPW, initiated a process in January 2005 that gave hospitals an additional claims verification opportunity prior to final tobacco payments being calculated and processed. Although the PHC4 has established a website that allows hospitals access to extraordinary expense claims data in order to make revisions, not all hospitals access the website to revise incorrect claims data initially reported to the PHC4. Failure of hospitals to access, review and update claims data accurately contributed to the disallowance of claims during our reviews.

**Effect**: The DPW initially distributed $13,280,546 of extraordinary expense tobacco payments for 2010 based on 789 claims originally submitted by the 70 hospitals. However, the provision of Act 77 of 2001 limits the DPW's payments to hospitals to the actual costs of their qualified claims. As a result of our procedures, we determined that a total of 489 claims qualified for payment and that the actual cost of these qualified claims is $12,421,050; thus, limiting the amount of funds available for distribution to $12,421,050 (See Exhibit 3). We adjusted certain claims resulting in a new extraordinary expense overpayment of $859,496. This net overpayment consists of the following:

4

## FINDINGS AND RECOMMENDATIONS (Continued)

|  | Number | Total Amount |
|---|---|---|
| Hospitals Overpaid | 16 | $ 5,586,506 |
| Hospitals Underpaid | 54 | $(4,727,010) |
| Total Net Overpayment | 70 | $ 859,496 |

**Recommendations**: We again recommend that the DPW establish a mandatory requirement consisting of hospitals accessing the PHC4's website during the claims verification process timeframes established by the PHC4 and requiring hospitals to make any corrections to previously submitted claims data as necessary. This is the fifth consecutive year that the DPW has failed to address this recommendation. Therefore, we further recommend that the DPW establish a penalty for all hospitals failing to adhere to this process. If the DPW believes that the PHC4 verification process does not resolve substantial disallowances, the DPW should consider implementing another process to collect final hospital extraordinary expense data or work with the PHC4 to develop a more reliable claims database from which to base the DPW's extraordinary expense payments to qualified hospitals.

We also recommend that the DPW continue to collect any overpayments from, or make additional payments to, hospitals based upon the results of our individual reviews.

**Department of Public Welfare's Response**: See pages 27 through 31 of this report for the DPW's complete response to this finding.

**Pennsylvania Health Care Cost Containment Council's Response**: See pages 32 and 33 of this report for the PHC4's complete response to this finding.

**Auditor's Conclusion:** In response to the DPW and the PHC4, although 93% of the extraordinary expense hospitals utilized the PHC4's website to verify their data, we found that many of these hospitals revised the claims data inaccurately. Specifically, four hospitals which utilized the verification website still accounted for the vast majority of the overpayments and underpayments due to adding or removing claims at the time of our review instead of during the website verification process. (See Exhibits 1 and 3.) The DPW's further inspection into these hospitals' processes could alleviate such discrepancies in the future.

The Department of the Auditor General understands that the DPW must use the best information available at the time to determine eligibility and to calculate subsidy payment amounts in order to report this information to the General Assembly by November 30 of each year. In this, and in prior audits, we have considered that the DPW's subsidy payments represent estimated payments based on qualifying claims data available at that time and that the purpose of our reviews is to adjust these estimated payments to actual based on the most recent data available for the qualifying claims related to the payment year under review. Additionally, because hospitals' collection efforts for the respective claims continue after the DPW's endpoint, our process requires hospitals to affirm that no further collections efforts will be pursued and that related accounts will be considered closed after our department confirms eligibility; thus setting an endpoint after which no other changes can occur.

5

As a recommending agency, the Department of the Auditor General understands the DPW's position to wait to make the determination if any adjustments will be made given the uncertainty of the program going forward. If the program remains in existence, our recommendations stand.

**Finding No. 2: Uncompensated Care Data Elements Utilized By The DPW Were Not Entirely Accurate Resulting In A Need For A Redistribution Of $926,483 Among The 94 Hospitals That Received This Payment.**

**Condition**: We determined that the uncompensated care data submitted to the PHC4 and the DPW by the individual hospitals was not entirely accurate which led to revisions in the median UC score and individual UC scores for individual hospitals. Furthermore, eight hospitals were unable to substantiate one or more data elements. (See Exhibits 4 and 5.)

**Criteria**: Act 77 of 2001, Chapter 11, gives the DPW the responsibility to collect the necessary data, determine eligibility, and calculate and make uncompensated care payments to qualified hospitals on an annual basis.

**Cause**: Data initially submitted by the hospitals to the PHC4 and the DPW was not always accurate based on our review of the source documentation, such as audited financial statements and patient census reports. In addition, an update was made to the CMS database for Medicare SSI days for the fiscal year ended June 30, 2005, which occurred after the 2010 uncompensated care payment calculation was made. These issues resulted in revisions to the hospitals' UC scores. Finally, we were unable to obtain any supporting documentation for the 15 data elements for eight hospitals as a result of the following: two hospitals ceased operations prior to the start of our reviews; four hospitals experienced a change of ownership and supporting documentation was not maintained; and two hospitals failed to respond to repeated requests for documentation.

**Effect**: The DPW initially determined that 94 hospitals qualified for uncompensated care payments and distributed $75,256,424 of uncompensated care entitlements for 2010 As a result of our procedures, we determined that one of the 94 hospitals that DPW initially determined qualified, Troy Community Hospital, did not actually qualify for the payment it received and that Wayne County Memorial Hospital, that DPW initially determined did not qualify, actually did qualify for the payment; thus, 94 hospitals qualified for uncompensated care payments. We adjusted hospitals' UC scores based on our review of their documentation resulting in a redistribution of funds based on these findings. For the eight hospitals for which we were unable to obtain supporting documentation, we were unable to verify the accuracy of these hospitals' UC scores. The DPW's method used to recalculate each hospital's entitlement does not penalize hospitals for their failure to provide supporting documentation for claimed data elements. Therefore, the UC scores for these eight hospitals were calculated as if the unverified data elements were verified as accurate. This resulted in six of the eight hospitals' revised entitlements being greater than their original payments. One hospital's revised entitlement decreased due to adjustments to data elements for which documentation was provided and one hospital's entitlement was capped at its average uncompensated care costs and therefore no change occurred.

6

## FINDINGS AND RECOMMENDATIONS (Continued)

|                         | Number | Total Amount |
|-------------------------|--------|--------------|
| Hospitals Overpaid      | 10     | $ 926,483    |
| Hospitals Underpaid     | 78     | $(926,483)   |
| Hospitals Capped at UPL | 7      | $        0   |
| Total Net Overpayment   | 95     | $        0   |

(Note: These totals include Wayne County Memorial Hospital and Troy Community Hospital as explained above)

**Recommendations**: We recommend that the DPW collect any overpayments from, or make additional payments to, hospitals based upon the results of our uncompensated care reviews. Troy Community Hospital should be required to return the payment it received due to the fact that the hospital's UC Score, based upon the results of our reviews, fell below the median UC Score to qualify for uncompensated care payment. Based upon data from the PHC4, Troy Community Hospital did not have any self-pay claims in which the cost of the claim exceeded twice the average cost of all claims for that hospital. Therefore, Troy Community Hospital would not qualify for extraordinary expense payment either. We further recommend that the DPW establish a system that penalizes each hospital for each data element for which it fails to provide supporting documentation.

Wayne County Memorial Hospital originally received a payment under the extraordinary expense approach; however, the results of our review determined that the hospital's UC score exceeded the median UC Score required to qualify for uncompensated care payment. Wayne County Memorial Hospital is entitled to a higher payment using the uncompensated care approach than it received under the extraordinary expense approach. Therefore we recommend that Wayne County Memorial Hospital receive the additional payment from the uncompensated care approach for which it is entitled.

**Department of Public Welfare's Response**: See pages 27 through 31 of this report for the DPW's complete response to this finding.

**Pennsylvania Health Care Cost Containment Council's Response**: See pages 32 and 33 of this report for the PHC4's complete response to this finding.

**Auditor's Conclusion**: In response to the DPW and the PHC4, the Department of the Auditor General conducted reviews for all 164 hospitals that received extraordinary expense payments or uncompensated care payments made on November 29, 2010. Each of the 164 reviews consisted of verifying the uncompensated care score for each hospital. There are an additional 33 hospitals whose uncompensated care score was used in the payment calculation but did not qualify for a payment under either approach. These 33 hospitals were not reviewed because our authority to audit the tobacco settlement monies only applies to those hospitals who received a payment. At the DPW's request, we will review all eligible hospitals' data in order to provide a more accurate basis on which to redistribute the uncompensated care payments beginning with payments made on August 27, 2012 (2012 payment year).

7

## FINDINGS AND RECOMMENDATIONS (Continued)

As with the extraordinary expense payments, a few hospitals accounted for a large percentage of the overpayments and underpayments. (See Exhibit 5)  The DPW's further inspection into these hospitals' processes could alleviate such discrepancies in the future.  As a recommending agency, the Department of the Auditor General understands the DPW's position to not establish or implement any new policies, procedures, or practices for this program given the uncertainty of the program going forward.  If the program remains in existence, our recommendations stand.

Exhibit 1 - Extraordinary Expense

# EXHIBIT 1 – EXTRAORDINARY EXPENSE

| HOSPITAL | No. of FY 07-08 Extraordinary Expense Claims | Total Cost of EE Claims 07/01-06/30 | % Share of EE Expense | Adjusted EE Tokens Money | No. of FY 07-08 Extraordinary Expense Claims | Audited Costs of EE Claims 07/01-06 | % Share of EE Expense | Recalculated Tokens Money | Payment Limitation Based on Cost of FY 07-08 Extraordinary Expense Claims |
|---|---|---|---|---|---|---|---|---|---|
| | | DPW EE PAYMENTS BASED ON REPORTED CLAIMS | | | | ELIGIBLE EE CLAIMS AND RECALCULATED PAYMENT PATTERNS IMPACTS BASED ON AUDITOR'S GENERAL REVIEWS | | | |
| ABINGTON MEMORIAL HOSP | 13 | 379,961.76 | 1.0202 | 215,159.03 | 13 | 516,981.03 | 4.1621 | 552,754 | 516,981 |
| ALLEGHENY GEN MED. CTR | 2 | 35,618.61 | 0.1360 | 18,455.43 | 1 | 21,612.78 | 0.1740 | 23,135 | 21,611 |
| ALTOONA HOSP | 11 | 213,024.88 | 0.8063 | 120,631.96 | 12 | 230,204.00 | 1.8533 | 246,133 | 230,204 |
| AMERICAN ONCOLOGIC HOSPITAL | 2 | 79,847.15 | 0.3405 | 45,215.91 | 2 | 79,847.16 | 0.6428 | 85,372 | 79,847 |
| BRANDYWINE HOSPITAL | 4 | 126,939.33 | 0.4407 | 71,929.99 | 2 | 84,923.03 | 0.6837 | 90,789 | 84,923 |
| BRYN MAWR HOSP | 9 | 292,003.12 | 1.2950 | 160,015.03 | 9 | 262,500.08 | 2.1134 | 300,248 | 283,000 |
| CANONSBURG GENERAL HOSPITAL | 1 | 12,480.29 | 0.0531 | 7,056.36 | 1 | 12,376.29 | 0.0996 | 13,232 | 12,375 |
| CARLISLE REGIONAL MED. CTR | 1 | 38,217.28 | 0.1660 | 21,633.04 | 0 | 0.00 | 0.0000 | 0 | 0 |
| CHARLES COLE MEMORIAL HOSP | 1 | 16,780.85 | 0.0600 | 10,072.61 | 1 | 7,910.50 | 0.0637 | 8,523 | 7,911 |
| CHESTER COUNTY HOSP | 8 | 199,594.55 | 0.8511 | 113,026.51 | 7 | 129,608.31 | 1.0364 | 137,905 | 129,608 |
| CHESTNUT HILL HOSP | 4 | 97,793.35 | 0.4166 | 55,355.67 | 3 | 78,852.66 | 0.6348 | 84,389 | 78,853 |
| CLEARFIELD HOSP | 1 | 8,805.78 | 0.0378 | 4,987.11 | 1 | 8,508.79 | 0.0709 | 9,416 | 8,607 |
| DOYLESTOWN HOSP | 5 | 84,976.03 | 0.3625 | 48,120.30 | 5 | 66,670.63 | 0.5361 | 92,866 | 66,906 |
| EASTON HOSP | 8 | 253,913.51 | 1.0827 | 143,786.39 | 5 | 123,651.54 | 0.9972 | 132,428 | 123,556 |
| ECCLES MTS HEALTH SYSTEM | 1 | 14,271.98 | 0.0609 | 8,081.95 | 1 | 14,271.98 | 0.1149 | 15,260 | 14,272 |
| EPHRATA COMMUNITY HOSP | 2 | 181,720.78 | 0.7747 | 102,613.32 | 1 | 47,213.47 | 0.3795 | 50,387 | 47,043 |
| EVANGELICAL COMMUNITY HOSP | 12 | 155,605.14 | 0.7167 | 84,300.60 | 8 | 114,566.45 | 0.9233 | 122,626 | 114,569 |
| FULTON COUNTY MED. CTR | 1 | 13,425.71 | 0.0572 | 7,602.16 | 1 | 13,424.71 | 0.1081 | 14,364 | 13,425 |
| GEISINGER MED CTR OF LEBANON | 1 | 131,986.28 | 0.5621 | 74,974.25 | 9 | 170,596.60 | 1.3734 | 182,393 | 170,559 |
| GOOD SHEPHERD REHABILITATION HOSP | 1 | 36,860.06 | 0.1570 | 20,844.27 | 3 | 117,453.54 | 0.9459 | 125,628 | 117,453 |
| GRANDVIEW HOSP | 14 | 297,033.53 | 1.2665 | 168,204.28 | 13 | 288,648.82 | 2.3262 | 308,934 | 280,647 |
| GROVE CITY MEDICAL CENTER | 1 | 9,603.83 | 0.0409 | 5,008.33 | 1 | 9,503.89 | 0.0790 | 10,569 | 9,504 |
| HANOVER GENERAL HOSP | 5 | 184,670.96 | 0.7869 | 104,542.65 | 4 | 181,723.98 | 1.4545 | 183,810 | 181,323 |
| HAZLETON GENERAL HOSP | 4 | 67,819.51 | 0.2892 | 38,404.89 | 4 | 67,819.52 | 0.5460 | 72,512 | 67,820 |
| HEALTHSOUTH REHAB OF ALTOONA | 3 | 107,583.39 | 0.4587 | 60,922.41 | 3 | 107,583.39 | 0.8661 | 115,028 | 107,583 |
| HEALTHSOUTH REHAB OF MECHANICSVILLE | 2 | 48,183.85 | 0.2054 | 27,295.40 | 2 | 90,169.16 | 0.7261 | 96,430 | 90,169 |
| HEART OF LANCASTER REGIONAL MED CTR | 2 | 55,581.06 | 0.2152 | 28,643.20 | 2 | 20,065.55 | 0.1617 | 21,470 | 20,085 |
| HOLY REDEEMER HOSPITAL | 7 | 137,038.39 | 0.5843 | 77,602.20 | 2 | 47,780.06 | 0.3847 | 51,066 | 47,789 |
| INDIANA REGIONAL MED CTR | 2 | 56,969.14 | 0.2429 | 32,254.61 | 3 | 55,030.47 | 0.4503 | 59,810 | 55,930 |
| JAMES HOSP | 3 | 35,765.20 | 0.1352 | 21,533.23 | 2 | 35,717.22 | 0.3171 | 23,235 | 34,903 |
| JEFFERSON REGIONAL MED CTR | 1 | 14,876.10 | 0.0634 | 8,425.79 | 1 | 14,656.16 | 0.1196 | 15,862 | 14,909 |
| JOHN HEINZ INSTITUTE OF REHAB MED | 11 | 219,003.90 | 0.9357 | 124,048.50 | 11 | 212,912.25 | 1.7141 | 227,645 | 212,912 |
| KANE COMMUNITY HOSP | 1 | 21,670.97 | 0.0597 | 12,675.15 | 0 | 0.00 | 0.0000 | 0 | 0 |
| LANCASTER GENERAL HOSP | 2 | 25,791.06 | 0.1100 | 14,605.32 | 0 | 0.00 | 0.0000 | 0 | 0 |
| LANKENAU HOSP | 297 | 10,872,056.95 | 46.7948 | 6,213,292.63 | 51 | 1,304,669.79 | 10.5009 | 1,394,928 | 1,304,666 |
| LANGDALE HOSP | 11 | 19,945.80 | 0.0849 | 11,294.92 | 11 | 347,665.72 | 2.7990 | 371,723 | 347,666 |
| LATROBE AREA HOSP | 11 | 263,243.44 | 0.9306 | 142,290.70 | 5 | 027,433.37 | 0.0000 | 221,720 | 027,436 |
| LEHIGH VALLEY HOSP - MUHLENBERG | 6 | 85,933.50 | 0.3954 | 48,562.49 | 5 | 72,217.20 | 0.5814 | 77,214 | 72,217 |
| THE MEDICAL CENTER BEAVER, PA | 19 | 302,667.99 | 1.2906 | 171,546.31 | 7 | 200,517.67 | 1.6143 | 214,793 | 200,518 |
| | | | | | 17 | 255,667.45 | 2.0563 | 273,259 | 255,667 |

EXHIBIT 1 – EXTRAORDINARY EXPENSE (continued)

Exhibit 1 - Extraordinary Expense (Continued)

| HOSPITAL | DPW EE PAYMENTS BASED ON REPORTED CLAIMS | | | | ELIGIBLE EE CLAIMS AND RECALCULATED PAYMENT ENTITLEMENTS BASED ON AUDITOR GENERAL REVIEWS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of FY 07-08 Extraordinary Expense Claims | Total Cost of EE Expense Claims FY07-08 | % Share of EO Expense | Allocated EE Tobacco Money | No. of FY 07-08 Extraordinary Expense Claims | Audited Costs of EE Claims FY07-08 | % Share of EO Expense | Reallocated Tobacco Money | Payment Limitation Based on Cost of FY 07-08 Extraordinary Expense Claims |
| MERCY HOSP - SCRANTON | 9 | 224,227.83 | 0.9561 | 126,975.92 | 9 | 224,044.47 | 1.8110 | 240,510 | 224,944 |
| MINERS HOSPITAL OF NORTHERN CAMBRIA | 1 | 10,879.92 | 0.0464 | 6,161.09 | 1 | 10,902.54 | 0.0876 | 11,637 | 10,903 |
| MONONGAHELA VALLEY HOSP. | 4 | 96,894.12 | 0.4132 | 54,869.28 | 4 | 93,365.58 | 0.7517 | 99,826 | 90,365 |
| MOSES TAYLOR HOSP | 12 | 199,121.44 | 0.8491 | 112,758.66 | 11 | 174,501.70 | 1.4049 | 186,577 | 174,592 |
| MOUNT NITTANY MED. CTR. | 7 | 155,140.01 | 0.6615 | 87,852.81 | 7 | 154,984.47 | 1.2476 | 165,709 | 154,984 |
| MUNCY VALLEY HOSP | 1 | 11,585.16 | 0.0494 | 6,560.46 | 0 | 0.00 | 0.0000 | 0 | 0 |
| NAZARETH HOSPITAL | 3 | 67,428.25 | 0.2875 | 38,183.33 | 4 | 94,477.55 | 0.7605 | 101,015 | 94,478 |
| PACD MEMORIAL HOSP. | 7 | 159,164.52 | 0.6788 | 90,143.14 | 7 | 159,184.52 | 1.2816 | 170,200 | 159,185 |
| PHOENIXVILLE HOSP | 12 | 362,548.65 | 1.5472 | 205,474.24 | 11 | 315,699.38 | 2.5416 | 337,545 | 315,699 |
| POCONO HOSP | 1 | 29,767.98 | 0.1269 | 16,857.04 | 18 | 496,526.62 | 3.9975 | 530,885 | 496,527 |
| POTTSTOWN MEMORIAL MED. CTR | 4 | 120,002.60 | 0.5142 | 72,559.39 | 2 | 59,746.72 | 0.4269 | 60,673 | 59,747 |
| READING HOSPITAL AND MED. CTR | 11 | 490,283.70 | 2.1033 | 279,225.78 | 19 | 821,174.77 | 6.6490 | 857,633 | 821,175 |
| RIDDLE MEMORIAL HOSP | 7 | 257,195.69 | 1.0967 | 145,645.11 | 5 | 219,359.93 | 1.7660 | 234,539 | 219,360 |
| ROBERT PACKER HOSP | 15 | 429,651.67 | 1.8329 | 243,416.76 | 15 | 427,321.52 | 3.4403 | 456,391 | 427,322 |
| ROXBOROUGH MEMORIAL HOSP | 4 | 98,162.88 | 0.4186 | 55,597.76 | 0 | 0.00 | 0.0000 | 0 | 0 |
| SEWICKLEY VALLEY HOSP | 13 | 201,054.95 | 0.8573 | 113,853.57 | 13 | 182,103.61 | 1.4661 | 194,765 | 182,104 |
| SHAMOKIN AREA COMMUNITY HOSP | 1 | 12,341.76 | 0.0526 | 6,991.68 | 1 | 12,134.76 | 0.0977 | 12,974 | 12,135 |
| ST. CLAIR MEMORIAL HOSP | 13 | 250,275.43 | 1.0672 | 141,726.16 | 11 | 201,513.05 | 1.6224 | 215,457 | 201,513 |
| ST. LUKE'S HOSP. BETHLEHEM | 67 | 2,248,548.26 | 9.5878 | 1,273,309.81 | 53 | 1,820,593.47 | 14.6673 | 1,952,850 | 1,820,593 |
| ST. LUKE'S QUAKERTOWN HOSP | 2 | 26,118.58 | 0.1114 | 14,790.45 | 2 | 26,501.20 | 0.2134 | 28,335 | 26,501 |
| ST. MARY MED. CTR. | 27 | 845,032.11 | 3.6032 | 478,625.49 | 10 | 260,632.07 | 2.0983 | 278,667 | 260,632 |
| UPLAND-PASSAVANT | 10 | 252,163.02 | 1.0752 | 142,795.09 | 10 | 252,058.19 | 2.0293 | 269,500 | 252,058 |
| UPMC-ST. MARGARET | 2 | 92,723.84 | 0.3954 | 52,507.74 | 4 | 127,110.44 | 1.0233 | 135,906 | 127,110 |
| WAYNE COUNTY MEMORIAL HOSPITAL * | 1 | 10,020.25 | 0.0427 | 5,230.50 | 0 | 0.00 | 0.0000 | 0 | 0 |
| WAYNESBORO HOSP | 4 | 57,322.32 | 0.2444 | 32,456.53 | 4 | 53,246.55 | 0.4286 | 56,933 | 53,249 |
| WESTERN PENN. HOSP - FORBES REG. CAMP | 11 | 180,378.63 | 0.7691 | 102,144.96 | 10 | 167,698.97 | 1.3498 | 179,601 | 167,699 |
| WESTMORELAND HOSP | 13 | 281,739.85 | 1.2013 | 159,543.88 | 12 | 260,557.26 | 2.0977 | 278,587 | 260,557 |
| WILKES-BARRE GENERAL HOSPITAL | 18 | 93,848.70 | 0.4002 | 53,144.72 | 4 | 85,516.17 | 0.6885 | 91,434 | 85,516 |
| | 18 | 494,946.53 | 2.1104 | 280,278.97 | 3 | 72,111.23 | 0.5805 | 77,101 | 72,111 |
| WINDBER HOSP | 4 | 47,974.04 | 0.2046 | 27,166.78 | 2 | 24,010.25 | 0.1933 | 25,672 | 24,010 |
| TOTALS | 789 | 23,452,225 | 100.00 | 13,280,546 | 489 | 12,421,050 | 100.00 | 13,280,546 | 12,421,050 |

* Wayne County Memorial Hospital qualified for payment under the uncompensated care approach; therefore, will not receive payment under the extraordinary expense approach.

10

# EXHIBIT 2 – EXTRAORDINARY EXPENSE
# ADDITIONAL CLAIMS

## Additional EE Eligible Claims Identified as a Result of Auditor General Reviews

| Hospital | Number of Claims |
|---|---|
| Abington Memorial Hospital | 5 |
| Altoona Hospital | 2 |
| Good Samaritan Hospital Lebanon | 2 |
| Good Shepherd Rehabilitation Hospital | 2 |
| Lancaster General Hospital | 1 |
| Lansdale Hospital | 4 |
| Nazareth Hospital | 1 |
| Pocono Medical Center | 17 |
| Reading Hospital and Medical Center | 8 |
| Robert Packer Hospital | 1 |
| St. Mary Medical Center | 2 |
| UPMC – St Margaret | 2 |
| Total | 47 |

Exhibit 3 - Extraordinary Expense

| Hospital | DPW Original Payment | Auditor General Recalculated Payment Entitlement | DPW Overpayment (Underpayment) |
|---|---|---|---|
| ABINGTON MEMORIAL HOSP. | $215,165 | $516,981 | ($301,816) |
| ALLEGHENY KISKI MED. CTR. | $18,466 | $21,611 | ($3,145) |
| ALTOONA HOSP. | $120,632 | $230,204 | ($109,572) |
| AMERICAN ONCOLOGIC HOSPITAL | $45,216 | $79,847 | ($34,631) |
| BRANDYWINE HOSPITAL | $71,808 | $84,923 | ($13,115) |
| BRYN MAWR HOSP. | $160,031 | $282,500 | ($122,469) |
| CANONSBURG GENERAL HOSPITAL | $7,050 | $12,375 | ($5,325) |
| CARLISLE REGIONAL MED. CTR. | $21,653 | $0 | $21,653 |
| CHARLES COLE MEMORIAL HOSP. | $10,626 | $7,971 | $2,655 |
| CHESTER COUNTY HOSP. | $113,027 | $128,606 | ($15,579) |
| CHESTNUT HILL HOSP. | $55,356 | $78,853 | ($23,497) |
| CLEARFIELD HOSP. | $4,987 | $8,807 | ($3,820) |
| DOYLESTOWN HOSP. | $48,120 | $84,976 | ($36,856) |
| EASTON HOSP. | $143,786 | $123,858 | $19,928 |
| ENDLESS MTS. HEALTH SYSTEM | $8,082 | $14,272 | ($6,190) |
| EPHRATA COMMUNITY HOSP. | $102,613 | $47,013 | $55,600 |
| EVANGELICAL COMMUNITY HOSP. | $94,391 | $114,689 | ($20,298) |
| FULTON COUNTY MED. CTR. | $7,602 | $13,425 | ($5,823) |
| GOOD SAMARITAN HOSP. OF LEBANON | $77,974 | $170,589 | ($92,615) |
| GOOD SHEPHERD REHABILITATION HOSP. | $20,844 | $117,483 | ($96,639) |
| GRANDVIEW HOSP. | $168,204 | $280,617 | ($112,413) |
| GROVE CITY MEDICAL CENTER | $5,608 | $9,904 | ($4,296) |
| HANOVER GENERAL HOSP. | $110,243 | $181,323 | ($71,080) |
| HAZLETON GENERAL HOSP. | $38,405 | $67,820 | ($29,415) |
| HEALTHSOUTH REHAB. OF ALTOONA | $60,922 | $107,583 | ($46,661) |
| HEALTHSOUTH REHAB. OF HARMARVILLE | $51,072 | $90,189 | ($39,117) |
| HEART OF LANCASTER REGIONAL MED. CTR. | $28,643 | $20,081 | $8,562 |
| HOLY REDEEMER HOSPITAL | $77,602 | $47,789 | $29,813 |
| HOLY SPIRIT HOSP. | $32,255 | $56,930 | ($24,675) |
| INDIANA REGIONAL MED. CTR. | $20,342 | $22,003 | ($1,661) |
| JEANES HOSP. | $8,426 | $14,859 | ($6,433) |
| JEFFERSON REGIONAL MED. CTR. | $118,950 | $212,912 | ($93,962) |
| JOHN HEINZ INSTITUTE OF REHAB. MED. | $12,179 | $0 | $12,179 |
| KANE COMMUNITY HOSP. | $14,605 | $0 | $14,605 |
| LANCASTER GENERAL HOSP. | $6,213,283 | $1,304,660 | $4,908,623 |
| LANKENAU HOSP. | $11,295 | $347,666 | ($336,371) |
| LANSDALE HOSP. | $200,274 | $207,436 | ($7,162) |
| LATROBE AREA HOSP. | $48,663 | $72,217 | ($23,554) |
| LEHIGH VALLEY HOSP.- MUHLENBERG | $113,549 | $200,518 | ($86,969) |
| THE MEDICAL CENTER, BEAVER, PA | $171,396 | $255,667 | ($84,271) |
| MERCY HOSP.- SCRANTON | $126,976 | $224,944 | ($97,968) |

Exhibit 3 - Extraordinary Expense (Continued)

| Hospital | DPW Original Payment | Auditor General Recalculated Payment Entitlement | DPW Overpayment (Underpayment) |
|---|---|---|---|
| MINERS HOSPITAL OF NORTHERN CAMBRIA | $6,161 | $10,903 | ($4,742) |
| MONONGAHELA VALLEY HOSP. | $54,869 | $93,365 | ($38,496) |
| MOSES TAYLOR HOSP. | $112,759 | $174,502 | ($61,743) |
| MOUNT NITTANY MED. CTR. | $87,853 | $154,984 | ($67,131) |
| MUNCY VALLEY HOSP. | $6,561 | $0 | $6,561 |
| NAZARETH HOSPITAL | $38,183 | $94,478 | ($56,295) |
| PAOLI MEMORIAL HOSP. | $90,143 | $159,185 | ($69,042) |
| PHOENIXVILLE HOSP. | $205,474 | $315,699 | ($110,225) |
| POCONO HOSP. | $16,857 | $496,527 | ($479,670) |
| POTTSTOWN MEMORIAL MED. CTR. | $72,536 | $56,747 | $15,789 |
| READING HOSPITAL AND MED. CTR. | $279,326 | $802,175 | ($522,849) |
| RIDDLE MEMORIAL HOSP. | $145,645 | $219,360 | ($73,715) |
| ROBERT PACKER HOSP. | $243,417 | $427,322 | ($183,905) |
| ROXBOROUGH MEMORIAL HOSP. | $55,588 | $0 | $55,588 |
| SEWICKLEY VALLEY HOSP. | $113,854 | $182,104 | ($68,250) |
| SHAMOKIN AREA COMMUNITY HOSP. | $6,872 | $12,135 | ($5,263) |
| ST. CLAIR MEMORIAL HOSP. | $141,726 | $201,513 | ($59,787) |
| ST. LUKE'S HOSP. BETHLEHEM | $1,273,310 | $1,826,568 | ($553,258) |
| ST. LUKE'S QUAKERTOWN HOSP. | $14,790 | $26,501 | ($11,711) |
| ST. MARY MED. CTR. | $478,526 | $260,632 | $217,894 |
| UPMC-PASSAVANT | $142,795 | $252,058 | ($109,263) |
| UPMC-ST. MARGARET | $52,508 | $127,110 | ($74,602) |
| WAYNE COUNTY MEMORIAL HOSPITAL | $5,731 | $0 | $5,731 |
| WAYNESBORO HOSP. | $32,461 | $53,249 | ($20,788) |
| WESTERN PENN. HOSP.- FORBES REG. CAMP. | $102,145 | $167,639 | ($65,494) |
| WESTMORELAND HOSP. | $159,544 | $260,557 | ($101,013) |
| WILKES-BARRE GENERAL HOSPITAL | $53,145 | $85,516 | ($32,371) |
| WILLIAMSPORT HOSP. | $280,279 | $72,111 | $208,168 |
| WINDBER HOSP. | $27,167 | $24,010 | $3,157 |
| TOTALS | $13,280,546 | $12,421,050 | $859,496 |

# EXHIBIT 4 – UNCOMPENSATED CARE

## AG UC Re-Calculation for FY 2009 - 2010

| Money Pot: | $75,256,424.70 |
|---|---|
| DPW Median UC Score: | 18.8880915971442 |
| AG Adjusted Median UC Score: | 18.9323773403649 |

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Montgomery | ABINGTON MEMORIAL HOSPITAL [1] | 11.0134 | $0.00 | 11.0155 | $0.00 |
| Philadelphia | ALBERT EINSTEIN MEDICAL CENTER | 38.5448 | $3,213,160.30 | 38.4778 | $3,236,600.00 |
| Allegheny | ALLE-KISKI MEDICAL CENTER [1] | 13.2302 | $0.00 | | $0.00 |
| Lackawanna | ALLIED SERVICES REHABILITATION HOSPITAL [2] | 7.1541 | $0.00 | | $0.00 |
| Blair | ALTOONA HOSPITAL [1] | 18.5399 | $0.00 | 17.6373 | $0.00 |
| Philadelphia | AMERICAN ONCOLOGIC HOSPITAL [1] | 4.5163 | $0.00 | | $0.00 |
| Philadelphia | ARIA HEALTH | 23.3521 | $1,671,360.85 | 23.5873 | $1,700,361.41 |
| Armstrong | ARMSTRONG COUNTY MEMORIAL HOSPITAL | 20.4346 | $297,540.14 | 20.4612 | $300,622.52 |
| Susquehanna | BARNES KASSON COUNTY HOSPITAL | 29.9278 | $50,540.33 | 29.9048 | $50,958.43 |
| Philadelphia | BELMONT CENTER FOR COMP TREATMENT | 55.5725 | $401,461.56 | | $401,461.56 |
| Columbia | BLOOMSBURG HOSPITAL INC | 19.4401 | $104,467.71 | | $105,412.87 |
| McKean | BRADFORD REGIONAL MEDICAL CENTER | 35.5689 | $332,442.46 | | $335,450.20 |
| Chester | BRANDYWINE HOSPITAL [1] | 14.7048 | $0.00 | | $0.00 |
| Montgomery | BROOKE GLEN BEHAVIORAL HOSPITAL [2] | 58.879 | $0.00 | | $0.00 |
| Jefferson | BROOKVILLE HOSPITAL [2] | 10.4107 | $0.00 | | $0.00 |
| Montgomery | BRYN MAWR HOSPITAL [1] | 5.9886 | $0.00 | | $0.00 |
| Chester | BRYN MAWR REHAB [2] | 7.5939 | $0.00 | | $0.00 |
| Clinton | BUCKTAIL MEDICAL CENTER [2] | 15.2871 | $0.00 | | $0.00 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.

# EXHIBIT 4 – UNCOMPENSATED CARE (CONTINUED)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Butler | BUTLER COUNTY MEMORIAL HOSPITAL | 20.4215 | $564,086.17 | 19.5617 | $545,224.03 |
| Washington | CANONSBURG GENERAL HOSPITAL [1] | 9.4989 | $0.00 | 9.4126 | $0.00 |
| Cumberland | CARLISLE REGIONAL MEDICAL CENTER [1] | 9.4413 | $0.00 | 9.3575 | $0.00 |
| Franklin | CHAMBERSBURG HOSPITAL | 19.8412 | $527,450.27 | 19.7716 | $531,650.39 |
| Potter | CHARLES COLE MEMORIAL HOSPITAL [1] | 16.5878 | $0.00 | 16.4783 | $0.00 |
| Chester | CHESTER COUNTY HOSPITAL [1] | 14.313 | $0.00 | | $0.00 |
| Philadelphia | CHESTNUT HILL HEALTH SYSTEM [1] | 15.6656 | $0.00 | | $0.00 |
| Philadelphia | CHILDRENS HOSPITAL OF PHILADELPHIA | 41.5418 | $2,291,628.94 | 41.5469 | $2,312,647.52 |
| Allegheny | CHILDRENS HOSPITAL OF PITTSBURGH OF UPMC | 49.5282 | $1,573,441.21 | 49.5008 | $1,586,797.83 |
| Columbia | CHS BERWICK HOSPITAL [2] | 13.2965 | $0.00 | | $0.00 |
| Clarion | CLARION HOSPITAL [2] | 18.8599 | $0.00 | | $0.00 |
| Clarion | CLARION PSYCHIATRIC CENTER [2] | 65.9454 | $0.00 | | $0.00 |
| Clearfield | CLEARFIELD HOSPITAL [1] | 16.7394 | $0.00 | 16.7693 | $0.00 |
| Lackawanna | COMMUNITY MEDICAL CENTER | 25.4783 | $727,048.87 | 25.4887 | $733,927.09 |
| Cambria | CONEMAUGH VALLEY MEMORIAL HOSP | 19.2972 | $1,162,774.92 | 19.0401 | $1,157,663.28 |
| Erie | CORRY MEMORIAL HOSPITAL [2] | 18.2202 | $0.00 | | $0.00 |
| Delaware | CROZER CHESTER MEDICAL CENTER | 29.6877 | $2,110,204.23 | | $2,129,296.08 |
| Delaware | DELAWARE COUNTY MEMORIAL HOSP | 20.8388 | $608,018.93 | 20.8464 | $613,745.16 |
| Chester | DEVEREUX CHILDREN'S BEHAVIOR HEALTH CENTER | 90.7663 | $242,531.68 | 91.5756 | $242,531.68 |
| Lycoming | DIVINE PROVIDENCE WILLIAMSPORT | 41.6578 | $83,386.38 | 42.2971 | $85,432.19 |
| Bucks | DOYLESTOWN HOSPITAL [1] | 6.9491 | $0.00 | 6.9557 | $0.00 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Clearfield | DUBOIS REGIONAL MEDICAL CENTER | 31.6653 | $594,199.79 | | $599,575.75 |
| Montgomery | EAGLEVILLE HOSPITAL | 41.1411 | $317,464.30 | 41.1124 | $320,112.59 |
| Northampton | EASTON HOSPITAL [1] | 13.1197 | $0.00 | | $0.00 |
| Elk | ELK REGIONAL HEALTH CENTER [2] | 12.0066 | $0.00 | | $0.00 |
| Lawrence | ELLWOOD CITY HOSPITAL [2] | 18.7745 | $0.00 | | $0.00 |
| Susquehanna | ENDLESS MOUNTAIN HEALTH SYSTEM [1] | 13.3685 | $0.00 | 13.3195 | $0.00 |
| Lancaster | EPHRATA COMMUNITY HOSPITAL [1] | 12.5572 | $0.00 | 12.5714 | $0.00 |
| Union | EVANGELICAL COMMUNITY HOSPITAL [1] | 14.5023 | $0.00 | | $0.00 |
| Philadelphia | FAIRMOUNT BEHAVIORAL HEALTH SYSTEMS [2] | 52.3002 | $0.00 | | $0.00 |
| Luzerne | FIRST HOSPITAL WYOMING VALLEY | 50.0899 | $184,946.52 | 51.5071 | $184,946.52 |
| Bucks | FOUNDATIONS BEHAVIORAL HEALTH | 82.3214 | $276,030.70 | 82.4533 | $277,327.56 |
| Westmoreland | FRICK COMMUNITY HEALTH CENTER [2] | 17.6195 | $0.00 | | $0.00 |
| Philadelphia | FRIENDS HOSPITAL [3] | 55.048 | $1,257,488.10 | 55.9268 | $1,257,488.10 |
| Fulton | FULTON COUNTY MEDICAL CENTER [1] | 8.2535 | $0.00 | 8.4016 | $0.00 |
| Montour | GEISINGER MEDICAL CENTER | 23.6582 | $1,249,089.75 | | $1,260,390.75 |
| Luzerne | GEISINGER WYOMING VALLEY [3] | 18.8881 | $650,504.84 | 19.3755 | $640,247.18 |
| Adams | GETTYSBURG HOSPITAL | 19.7548 | $150,417.68 | 19.7783 | $151,958.76 |
| Carbon | GNADEN HUETTEN MEMORIAL HOSPITAL | 20.1712 | $161,914.84 | 20.1775 | $163,430.77 |
| Lebanon | GOOD SAMARITAN HOSPITAL [1] | 17.3854 | $0.00 | 17.3798 | $0.00 |
| Lehigh | GOOD SHEPHERD HOME & REHAB CTR [1] | 13.1911 | $0.00 | | $0.00 |
| Bucks | GRANDVIEW HOSPITAL [1] | 11.7455 | $0.00 | 11.7706 | $0.00 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.
3 denotes the hospital had one or more data elements that were unable to be verified..

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Mercer | GROVE CITY MEDICAL CENTER [1] | 14.297 | $0.00 | 14.0284 | $0.00 |
| Erie | HAMOT MEDICAL CENTER | 18.9243 | $700,110.13 | 18.9324 | $706,744.63 |
| York | HANOVER GENERAL HOSPITAL [1] | 10.1893 | $0.00 | 10.1579 | $0.00 |
| Luzerne | HAZLETON GENERAL HOSPITAL [1] | 14.7691 | $0.00 | | $0.00 |
| Montour | HEALTHSOUTH PENN STATE GEISINGER [2] | 8.0752 | $0.00 | | $0.00 |
| Blair | HEALTHSOUTH ALTOONA [1] | 13.8722 | $0.00 | 13.8214 | $0.00 |
| Allegheny | HEALTHSOUTH HARMARVILLE REHAB CTR [1] | 16.2422 | $0.00 | 18.0004 | $0.00 |
| Erie | HEALTHSOUTH LAKE ERIE INST REHAB [2] | 17.5292 | $0.00 | | $0.00 |
| Centre | HEALTHSOUTH NITTANY VALLEY REHAB [2] | 11.7956 | $0.00 | | $0.00 |
| Berks | HEALTHSOUTH REHAB HOSP of READING [2] | 17.8136 | $0.00 | | $0.00 |
| Cumberland | HEALTHSOUTH REHAB OF MECHANICSBURG [2] | 8.8443 | $0.00 | | $0.00 |
| Allegheny | HEALTHSOUTH REHAB OF SEWICKLEY [2] | 11.6518 | $0.00 | | $0.00 |
| York | HEALTHSOUTH REHAB OF YORK [2] | 7.7593 | $0.00 | | $0.00 |
| Lancaster | HEART of LANCASTER REGIONAL MED CTR [1] | 13.2753 | $0.00 | 14.9492 | $0.00 |
| Fayette | HIGHLAND HOSPITAL AND HEALTH CTR | 40.3924 | $237,445.47 | 40.4155 | $239,730.30 |
| Montgomery | HOLY REDEEMER HOSPITAL [1] | 13.8277 | $0.00 | 13.4324 | $0.00 |
| Cumberland | HOLY SPIRIT HOSPITAL [1] | 13.9575 | $0.00 | 14.3322 | $0.00 |
| Montgomery | HORSHAM PSYCH HOSPITAL [2] | 54.101 | $0.00 | | $0.00 |
| Philadelphia | HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA | 26.9033 | $2,723,789.42 | | $2,748,432.62 |
| Indiana | INDIANA HOSPITAL [1] | 13.2504 | $0.00 | 13.2626 | $0.00 |
| Huntingdon | J C BLAIR MEMORIAL HOSPITAL | 25.7996 | $157,509.44 | 25.6155 | $157,800.01 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Lawrence | JAMESON MEMORIAL HOSPITAL | 21.427 | $495,940.23 | 21.3865 | $499,481.19 |
| Philadelphia | JEANES HOSPITAL [1] | 13.1857 | $0.00 | 13.1796 | $0.00 |
| Allegheny | JEFFERSON REGIONAL MED CTR [1] | 9.4745 | $0.00 | 9.5256 | $0.00 |
| Chester | JENNERSVILLE REGIONAL HOSPITAL [3] | 19.1858 | $124,768.92 | 19.1825 | $125,875.77 |
| Lycoming | JERSEY SHORE HOSPITAL [2] | 8.9973 | $0.00 | | $0.00 |
| Luzerne | JOHN HEINZ INSTITUTE OF REHAB MED [1] | 7.491 | $0.00 | 7.4437 | $0.00 |
| McKean | KANE COMMUNITY HOSPITAL [1] | 10.4991 | $0.00 | 10.3037 | $0.00 |
| Philadelphia | KENSINGTON HOSPITAL | 99.7228 | $359,933.78 | 99.4571 | $362,222.55 |
| Lehigh | KIDSPEACE | 70.7606 | $42,140.33 | 70.068 | $42,140.33 |
| Philadelphia | KIRKBRIDE PSYCH HOSPITAL | 71.8967 | $553,519.66 | 71.9231 | $559,009.26 |
| Lancaster | LANCASTER GENERAL HOSPITAL [1] | 17.4515 | $0.00 | | $0.00 |
| Lancaster | LANCASTER REGIONAL MEDICAL CENTER | 22.0739 | $325,249.20 | 22.1297 | $331,320.54 |
| Lancaster | LANCASTER REHABILITATION HOSPITAL [2] | 10.1289 | $0.00 | | $0.00 |
| Montgomery | LANKENAU HOSPITAL [1] | 14.382 | $0.00 | 14.3942 | $0.00 |
| Montgomery | LANSDALE HOSPITAL [1] | 10.6557 | $0.00 | 10.6528 | $0.00 |
| Westmoreland | LATROBE AREA HOSPITAL INC [1] | 17.7846 | $0.00 | 17.7966 | $0.00 |
| Lehigh | LEHIGH VALLEY HOSPITAL CENTER | 19.304 | $1,783,517.24 | 19.3037 | $1,799,623.39 |
| Lehigh | LEHIGH VALLEY HOSPITAL MUHLENBERG [1] | 10.5336 | $0.00 | | $0.00 |
| Mifflin | LEWISTOWN HOSPITAL | 23.803 | $298,209.59 | 21.9773 | $277,827.92 |
| Clinton | LOCK HAVEN HOSPITAL | 23.7679 | $77,043.01 | 24.3088 | $77,516.04 |
| Bucks | LOWER BUCKS HOSPITAL | 21.6711 | $390,673.09 | 21.6761 | $394,297.76 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.
3 denotes the hospital had one or more data elements that were unable to be verified.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Philadelphia | MAGEE REHAB HOSPITAL | 19.6127 | $259,365.63 | 23.8174 | $240,369.49 |
| Allegheny | MAGEE WOMENS HOSPITAL | 34.9988 | $1,346,340.00 | | $1,358,520.87 |
| Lackawanna | MARIAN COMMUNITY HOSPITAL [3] | 23.7304 | $169,847.34 | 23.7533 | $171,549.20 |
| Centre | MEADOWS PSYCHIATRIC CENTER [2] | 62.3714 | $0.00 | | $0.00 |
| Crawford | MEADVILLE MEDICAL CENTER | 21.153 | $340,687.15 | 21.3969 | $347,733.72 |
| Beaver | MEDICAL CENTER BEAVER PA INC [1] | 16.4422 | $0.00 | 16.4629 | $0.00 |
| Bradford | MEMORIAL HOSPITAL TOWANDA | 25.0935 | $66,936.89 | 25.1229 | $67,621.56 |
| York | MEMORIAL HOSPITAL YORK | 20.7727 | $228,936.66 | 20.7686 | $230,962.89 |
| Delaware | MERCY CATHOLIC MEDICAL CENTER-FITZGERALD | 29.2651 | $762,736.70 | 29.2897 | $770,285.89 |
| Philadelphia | MERCY HOSPITAL OF PHILADELPHIA | 55.5669 | $1,399,701.52 | 55.5414 | $1,411,716.76 |
| Lackawanna | MERCY HOSPITAL SCRANTON [1] | 13.4441 | $0.00 | 13.4475 | $0.00 |
| Luzerne | MERCY SPECIAL CARE HOSPITAL [2] | 2.5188 | $0.00 | | $0.00 |
| Montgomery | MERCY SUBURBAN HOSPITAL | 20.611 | $344,089.25 | 20.6023 | $347,054.82 |
| Wyoming | MERCY TYLER MEMORIAL HOSPITAL [3] | 19.6257 | $83,362.41 | 19.6362 | $84,161.67 |
| Somerset | MEYERSDALE COMMUNITY HOSPITAL [2] | 8.7201 | $0.00 | | $0.00 |
| Lackawanna | MID VALLEY HOSPITAL ASSN [2] | 9.8968 | $0.00 | | $0.00 |
| Erie | MILLCREEK COMMUNITY HOSPITAL | 42.3449 | $379,792.94 | 42.3996 | $383,724.61 |
| Cambria | MINERS HOSPITAL OF NORTHERN CAMBRIA [1] | 14.336 | $0.00 | 14.2835 | $0.00 |
| Schuylkill | MINERS MEMORIAL MEDICAL CENTER [2] | 12.455 | $0.00 | | $0.00 |
| Washington | MONONGAHELA VALLEY HOSPITAL INC [1] | 17.412 | $0.00 | 17.146 | $0.00 |
| Montgomery | MONTGOMERY CO EMERGENCY SERVICE, INC | 62.7155 | $628,500.40 | | $634,186.69 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.
3 denotes the hospital had one or more data elements that were unable to be verified.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Montgomery | MONTGOMERY HOSPITAL | 21.9383 | $335,252.63 | 21.9286 | $338,135.63 |
| Lackawanna | MOSES TAYLOR HOSPITAL [1] | 18.7246 | $0.00 | 18.6494 | $0.00 |
| Centre | MOUNT NITANNY MEDICAL CENTER [1] | 13.4605 | $0.00 | | $0.00 |
| Lycoming | MUNCY VALLEY HOSPITAL [1] | 7.5524 | $0.00 | 7.5434 | $0.00 |
| Blair | NASON HOSPITAL ASSOCIATION | 20.1492 | $82,080.54 | | $82,823.16 |
| Philadelphia | NAZARETH HOSPITAL [1] | 16.0204 | $0.00 | | $0.00 |
| Philadelphia | NPHS-GIRARD MEDICAL CENTER | 70.5057 | $868,789.88 | 72.3312 | $899,384.49 |
| Philadelphia | NPHS-ST JOSEPH HOSPITAL | 74.3288 | $1,347,086.64 | 70.458 | $1,288,488.51 |
| Allegheny | OHIO VALLEY GENERAL HOSPITAL [2] | 13.6206 | $0.00 | | $0.00 |
| Carbon | PALMERTON HOSPITAL [2] | 9.7519 | $0.00 | | $0.00 |
| Chester | PAOLI MEMORIAL HOSPITAL [1] | 3.8888 | $0.00 | | $0.00 |
| Philadelphia | PENN PRESBYTERIAN MEDICAL CTR UPHS | 32.9169 | $1,059,445.17 | | $1,069,030.39 |
| Dauphin | PENN STATE MILTON S HERSHEY MEDICAL CENTER | 22.5122 | $1,517,140.22 | 22.5395 | $1,532,728.38 |
| Philadelphia | PENNSYLVANIA HOSPITAL UPHS | 28.384 | $1,626,244.39 | 28.3312 | $1,637,906.07 |
| Lebanon | PHILHAVEN HOSPITAL | 47.1808 | $492,409.09 | | $496,864.11 |
| Chester | PHOENIXVILLE HOSPITAL [1] | 10.7036 | $0.00 | 12.3977 | $0.00 |
| Dauphin | PINNACLE HEALTH HOSPITALS | 20.6663 | $1,595,257.24 | | $1,609,690.16 |
| Monroe | POCONO HOSPITAL [1] | 18.7299 | $0.00 | 18.7635 | $0.00 |
| Montgomery | POTTSTOWN MEMORIAL MEDICAL CENTER [1] | 14.1009 | $0.00 | | $0.00 |
| Jefferson | PUNXSUTAWNEY AREA HOSPITAL | 21.4681 | $76,271.67 | 21.0953 | $75,625.30 |
| Berks | READING HOSPITAL AND MED CENTER [1] | 17.3204 | $0.00 | | $0.00 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Delaware | RIDDLE MEMORIAL HOSPITAL [1] | 8.918 | $0.00 | | $0.00 |
| Bradford | ROBERT PACKER HOSPITAL [1] | 18.2968 | $0.00 | | $0.00 |
| Philadelphia | ROXBOROUGH MEMORIAL HOSPITAL [1] | 14.0535 | $0.00 | | $0.00 |
| Franklin | ROXBURY PSYCHIATRIC HOSPITAL | 25.4759 | $63,086.00 | 60.7523 | $63,086.00 |
| Lehigh | SACRED HEART HOSPITAL | 24.5994 | $435,759.86 | 24.4841 | $437,615.44 |
| Schuylkill | SCHUYLKILL MED CTR - EAST NORWEGIAN ST [2] | 9.5912 | $0.00 | | $0.00 |
| Schuylkill | SCHUYLKILL MED CTR - SOUTH JACKSON ST | 26.4116 | $556,021.91 | 26.4131 | $561,083.45 |
| Allegheny | SEWICKLEY VALLEY HOSPITAL [1] | 13.5772 | $0.00 | 13.5708 | $0.00 |
| Northumberland | SHAMOKIN AREA COMMUNITY HOSPITAL [1] | 9.9714 | $0.00 | | $0.00 |
| Mercer | SHARON REGIONAL HEALTH CENTER | 25.3958 | $520,334.91 | 25.4283 | $525,714.89 |
| Tioga | SOLDIERS AND SAILORS MEMORIAL HOSPITAL | 30.8388 | $148,641.41 | 30.8456 | $150,019.07 |
| Somerset | SOMERSET HOSPITAL CENTER FOR HEALTH | 21.4959 | $197,733.37 | | $199,522.35 |
| Greene | SOUTHWEST REGIONAL MEDICAL CENTER | 20.0178 | $111,784.61 | 20.0509 | $112,982.49 |
| Allegheny | SOUTHWOOD PSYCHIATRIC HOSPITAL | 77.4833 | $28,612.31 | | $28,612.31 |
| Schuylkill | ST CATHERINE HEALTHCARE CENTER [3] | 22.2598 | $47,134.61 | | $47,561.06 |
| Allegheny | ST CLAIR MEMORIAL HOSPITAL [1] | 7.9358 | $0.00 | 8.0279 | $0.00 |
| Berks | ST JOSEPH MEDICAL CENTER | 30.9458 | $674,151.06 | | $680,250.38 |
| Lehigh | ST LUKES HOSPITAL - BETHLEHEM [1] | 18.7704 | $0.00 | 18.7785 | $0.00 |
| Bucks | ST LUKES HOSPITAL QUAKERTOWN [1] | 16.8641 | $0.00 | | $0.00 |
| Bucks | ST MARY HOSPITAL - LANGHORNE [1] | 7.9645 | $0.00 | 7.9338 | $0.00 |
| Erie | ST VINCENT HEALTH CENTER | 24.2909 | $949,455.93 | 24.3152 | $959,007.06 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.
3 denotes the hospital had one or more data elements that were unable to be verified.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Northumberland | SUNBURY COMMUNITY HOSPITAL [3] | 26.1058 | $147,957.26 | 26.3816 | $150,603.35 |
| Philadelphia | TEMPLE UNIVERSITY HSP | 54.8241 | $6,534,067.78 | 55.6271 | $6,689,759.29 |
| Allegheny | THE CHILDRENS HOME OF PITTSBURGH | 70.9898 | $96,906.29 | 73.7628 | $101,602.71 |
| Allegheny | THE CHILDRENS INSTITUTE OF PITTSBURGH | 46.8062 | $252,594.18 | | $254,879.50 |
| Philadelphia | THOMAS JEFFERSON UNIVERSITY HOSPITAL [3] | 26.3931 | $3,171,404.66 | 26.4349 | $3,205,158.02 |
| Philadelphia | THS-HAHNEMANN HOSPITAL | 39.6441 | $2,189,710.74 | 37.871 | $2,110,702.68 |
| Philadelphia | THS-ST CHRISTOPHER'S HOSPITAL | 73.9026 | $1,351,603.57 | 72.9828 | $710,780.12 |
| Crawford | TITUSVILLE HOSPITAL | 21.6672 | $92,830.05 | | $93,669.92 |
| Bradford | TROY COMMUNITY HOSPITAL [4] | 81.6036 | $73,797.74 | 7.2906 | $0.00 |
| Blair | TYRONE HOSPITAL [2] | 18.7001 | $0.00 | | $0.00 |
| Fayette | UNIONTOWN HOSPITAL ASSOCIATION | 25.6454 | $543,780.22 | | $548,700.02 |
| Bedford | UPMC BEDFORD [2] | 18.1817 | $0.00 | | $0.00 |
| Mercer | UPMC HORIZON | 18.9669 | $285,696.02 | 19.2741 | $292,949.15 |
| Allegheny | UPMC MCKEESPORT | 26.2623 | $633,603.22 | 26.6558 | $648,914.92 |
| Allegheny | UPMC Mercy | 26.0601 | $1,707,156.17 | 26.133 | $1,727,425.30 |
| Venango | UPMC NORTHWEST | 19.9146 | $298,002.52 | 19.9141 | $301,307.43 |
| Allegheny | UPMC PASSAVANT [1] | 4.3336 | $0.00 | | $0.00 |
| Allegheny | UPMC PRESBYTERIAN SHADYSIDE | 24.2393 | $4,853,496.59 | 24.1494 | $4,879,236.90 |
| Allegheny | UPMC ST MARGARET [1] | 8.9329 | $0.00 | 8.8548 | $0.00 |
| Montgomery | VALLEY FORGE MEDICAL CENTER | 61.0224 | $411,905.09 | 60.9563 | $415,181.51 |
| Warren | WARREN GENERAL HOSPITAL | 23.7655 | $162,816.38 | 27.81 | $192,249.36 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach. See Exhibit 1.
2 denotes the hospital did not qualify to receive a tobacco payment.
3 denotes the hospital had one or more data elements that were unable to be verified.
4 denoted the hospital originally qualified for payment under the uncompensated care approach, however, based on the results of our review, the hospital does not qualify for payment.

# EXHIBIT 4 – UNCOMPENSATED CARE (continued)

| County | Hospital | DPW UC Score | DPW Payment | AG Adjusted UC Score | AG Payment |
|---|---|---|---|---|---|
| Washington | WASHINGTON HOSPITAL | 19.8661 | $612,286.14 | 20.0657 | $624,032.51 |
| Wayne | WAYNE COUNTY MEMORIAL HOSPITAL [1] [5] | 18.8471 | $0.00 | 19.1045 | $160,733.20 |
| Franklin | WAYNESBORO HOSPITAL [1] | 17.1344 | $0.00 | | $0.00 |
| Allegheny | WEST PENN-ALLEGHENY GENERAL HOSPITAL | 20.2049 | $1,475,911.50 | 20.2195 | $1,490,339.49 |
| Allegheny | WESTERN PENNSYLVANIA HOSPITAL | 23.4052 | $1,058,263.73 | 23.3925 | $1,067,258.25 |
| Allegheny | WESTERN PENNSYLVANIA HOSPITAL - FORBES [1] | 13.1747 | $0.00 | 13.1831 | $0.00 |
| Westmoreland | WESTMORELAND HOSPITAL [1] | 16.5574 | $0.00 | | $0.00 |
| Luzerne | WILKES-BARRE GENERAL HOSPITAL [1] | 16.5301 | $0.00 | 16.5591 | $0.00 |
| Lycoming | WILLIAMSPORT HOSPITAL [1] | 17.966 | $0.00 | | $0.00 |
| Somerset | WINDBER HOSPITAL [1] | 13.4637 | $0.00 | 13.4961 | $0.00 |
| York | YORK HOSPITAL | 22.8834 | $1,486,193.49 | | $1,499,639.67 |
| | Totals: | | $75,256,424.66 | | $75,256,424.70 |

1 denotes the hospital received a tobacco payment under the extraordinary expense approach.
5 denotes the hospital originally qualified for payment under the extraordinary expense approach,
   however, based on the results of our review, the hospital should qualify under the uncompensated
   care approach.

23

Exhibit 5 - Uncompensated Care

| Hospital | DPW Original Payment | Auditor General Recalculated Payment Entitlement | DPW Overpayment (Underpayment) |
|---|---|---|---|
| ALBERT EINSTEIN MEDICAL CENTER | $3,213,160.30 | $3,236,600.00 | ($23,439.70) |
| ARIA HEALTH | $1,671,360.85 | $1,700,361.41 | ($29,000.56) |
| ARMSTRONG COUNTY MEMORIAL HOSPITAL | $297,540.14 | $300,622.52 | ($3,082.38) |
| BARNES KASSON COUNTY HOSPITAL | $50,540.33 | $50,958.43 | ($418.10) |
| BELMONT CENTER FOR COMP TREATMENT | $401,461.56 | $401,461.56 | $0.00 |
| BLOOMSBURG HOSPITAL INC | $104,467.71 | $105,412.87 | ($945.16) |
| BRADFORD REGIONAL MEDICAL CENTER | $332,442.46 | $335,450.20 | ($3,007.74) |
| BUTLER COUNTY MEMORIAL HOSPITAL | $564,086.17 | $545,224.03 | $18,862.14 |
| CHAMBERSBURG HOSPITAL | $527,450.27 | $531,650.39 | ($4,200.12) |
| CHILDRENS HOSPITAL OF PHILADELPHIA | $2,291,628.94 | $2,312,647.52 | ($21,018.58) |
| CHILDRENS HOSPITAL OF PITTSBURGH OF UPMC | $1,573,441.21 | $1,586,797.83 | ($13,356.62) |
| COMMUNITY MEDICAL CENTER | $727,048.87 | $733,927.09 | ($6,878.22) |
| CONEMAUGH VALLEY MEMORIAL HOSP | $1,162,774.92 | $1,157,663.28 | $5,111.64 |
| CROZER CHESTER MEDICAL CENTER | $2,110,204.23 | $2,129,296.08 | ($19,091.85) |
| DELAWARE COUNTY MEMORIAL HOSP | $608,018.93 | $613,745.16 | ($5,726.23) |
| DEVEREUX CHILDREN'S BEHAVIOR HEALTH CENTE | $242,531.68 | $242,531.68 | $0.00 |
| DIVINE PROVIDENCE WILLIAMSPORT | $83,386.38 | $85,432.19 | ($2,045.81) |
| DUBOIS REGIONAL MEDICAL CENTER | $594,199.79 | $599,575.75 | ($5,375.96) |
| EAGLEVILLE HOSPITAL | $317,464.30 | $320,112.59 | ($2,648.29) |
| FIRST HOSPITAL WYOMING VALLEY | $184,946.52 | $184,946.52 | $0.00 |
| FOUNDATIONS BEHAVIORAL HEALTH | $276,030.70 | $277,327.56 | ($1,296.86) |
| FRIENDS HOSPITAL ** | $1,257,488.10 | $1,257,488.10 | $0.00 |
| GEISINGER MEDICAL CENTER | $1,249,089.75 | $1,260,390.75 | ($11,301.00) |
| GEISINGER WYOMING VALLEY ** | $650,504.84 | $640,247.18 | $10,257.66 |
| GETTYSBURG HOSPITAL | $150,417.68 | $151,958.76 | ($1,541.08) |
| GNADEN HUETTEN MEMORIAL HOSPITAL | $161,914.84 | $163,430.77 | ($1,515.93) |
| HAMOT MEDICAL CENTER | $700,110.13 | $706,744.63 | ($6,634.50) |
| HIGHLAND HOSPITAL AND HEALTH CTR | $237,445.47 | $239,730.30 | ($2,284.83) |
| HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA | $2,723,789.42 | $2,748,432.62 | ($24,643.20) |
| J C BLAIR MEMORIAL HOSPITAL | $157,509.44 | $157,800.01 | ($290.57) |
| JAMESON MEMORIAL HOSPITAL | $495,940.23 | $499,481.19 | ($3,540.96) |
| JENNERSVILLE REGIONAL HOSPITAL ** | $124,768.92 | $125,875.77 | ($1,106.85) |
| KENSINGTON HOSPITAL | $359,933.78 | $362,222.55 | ($2,288.77) |
| KIDSPEACE | $42,140.33 | $42,140.33 | $0.00 |
| KIRKBRIDE PSYCH HOSPITAL | $553,519.66 | $559,009.26 | ($5,489.60) |
| LANCASTER REGIONAL MEDICAL CENTER | $325,249.20 | $331,320.54 | ($6,071.34) |
| LEHIGH VALLEY HOSPITAL CENTER | $1,783,517.24 | $1,799,623.39 | ($16,106.15) |
| LEWISTOWN HOSPITAL | $298,209.59 | $277,827.92 | $20,381.67 |
| LOCK HAVEN HOSPITAL | $77,043.01 | $77,516.04 | ($473.03) |
| LOWER BUCKS HOSPITAL | $390,673.09 | $394,297.76 | ($3,624.67) |
| MAGEE REHAB HOSPITAL | $259,365.63 | $240,369.49 | $18,996.14 |
| MAGEE WOMENS HOSPITAL | $1,346,340.00 | $1,358,520.87 | ($12,180.87) |
| MARIAN COMMUNITY HOSPITAL ** | $169,847.34 | $171,549.20 | ($1,701.86) |
| MEADVILLE MEDICAL CENTER | $340,687.15 | $347,733.72 | ($7,046.57) |
| MEMORIAL HOSPITAL TOWANDA | $66,936.89 | $67,621.56 | ($684.67) |

** Denotes hospital for which various data elements could not be verified.

24

Exhibit 5 - Uncompensated Care (Continued)

| Hospital | DPW Original Payment | Auditor General Recalculated Payment Entitlement | DPW Overpayment (Underpayment) |
|---|---|---|---|
| MEMORIAL HOSPITAL YORK | $228,936.66 | $230,962.89 | ($2,026.23) |
| MERCY CATHOLIC MEDICAL CENTER-FITZGERALD | $762,736.70 | $770,285.89 | ($7,549.19) |
| MERCY HOSPITAL OF PHILADELPHIA | $1,399,701.52 | $1,411,716.76 | ($12,015.24) |
| MERCY SUBURBAN HOSPITAL | $344,089.25 | $347,054.82 | ($2,965.57) |
| MERCY TYLER MEMORIAL HOSPITAL ** | $83,362.41 | $84,161.67 | ($799.26) |
| MILLCREEK COMMUNITY HOSPITAL | $379,792.94 | $383,724.61 | ($3,931.67) |
| MONTGOMERY CO EMERGENCY SERVICE, INC | $628,500.40 | $634,186.69 | ($5,686.29) |
| MONTGOMERY HOSPITAL | $335,252.63 | $338,135.63 | ($2,883.00) |
| NASON HOSPITAL ASSOCIATION | $82,080.54 | $82,823.16 | ($742.62) |
| NPHS-GIRARD MEDICAL CENTER | $868,789.88 | $899,384.49 | ($30,594.61) |
| NPHS-ST JOSEPH HOSPITAL | $1,347,086.64 | $1,288,488.51 | $58,598.13 |
| PENN PRESBYTERIAN MEDICAL CTR UPHS | $1,059,445.17 | $1,069,030.39 | ($9,585.22) |
| PENN STATE MILTON S HERSHEY MEDICAL CENTE | $1,517,140.22 | $1,532,728.38 | ($15,588.16) |
| PENNSYLVANIA HOSPITAL UPHS | $1,626,244.39 | $1,637,906.07 | ($11,661.68) |
| PHILHAVEN HOSPITAL | $492,409.09 | $496,864.11 | ($4,455.02) |
| PINNACLE HEALTH HOSPITALS | $1,595,257.24 | $1,609,690.16 | ($14,432.92) |
| PUNXSUTAWNEY AREA HOSPITAL | $76,271.67 | $75,625.30 | $646.37 |
| ROXBURY PSYCHIATRIC HOSPITAL | $63,086.00 | $63,086.00 | $0.00 |
| SACRED HEART HOSPITAL | $435,759.86 | $437,615.44 | ($1,855.58) |
| SCHUYLKILL MED CTR - SOUTH JACKSON ST | $556,021.91 | $561,083.45 | ($5,061.54) |
| SHARON REGIONAL HEALTH CENTER | $520,334.91 | $525,714.89 | ($5,379.98) |
| SOLDIERS AND SAILORS MEMORIAL HOSPITAL | $148,641.41 | $150,019.07 | ($1,377.66) |
| SOMERSET HOSPITAL CENTER FOR HEALTH | $197,733.37 | $199,522.35 | ($1,788.98) |
| SOUTHWEST REGIONAL MEDICAL CENTER | $111,784.61 | $112,982.49 | ($1,197.88) |
| SOUTHWOOD PSYCHIATRIC HOSPITAL | $28,612.31 | $28,612.31 | $0.00 |
| ST CATHERINE HEALTHCARE CENTER ** | $47,134.61 | $47,561.06 | ($426.45) |
| ST JOSEPH MEDICAL CENTER | $674,151.06 | $680,250.38 | ($6,099.32) |
| ST VINCENT HEALTH CENTER | $949,455.93 | $959,007.06 | ($9,551.13) |
| SUNBURY COMMUNITY HOSPITAL ** | $147,957.26 | $150,603.35 | ($2,646.09) |
| TEMPLE UNIVERSITY HSP | $6,534,067.78 | $6,689,759.29 | ($155,691.51) |
| THE CHILDRENS HOME OF PITTSBURGH | $96,906.29 | $101,602.71 | ($4,696.42) |
| THE CHILDRENS INSTITUTE OF PITTSBURGH | $252,594.18 | $254,879.50 | ($2,285.32) |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL ** | $3,171,404.66 | $3,205,158.02 | ($33,753.36) |
| THS-HAHNEMANN HOSPITAL | $2,189,710.74 | $2,110,702.68 | $79,008.06 |
| THS-ST CHRISTOPHER'S HOSPITAL | $1,351,603.57 | $710,780.12 | $640,823.45 |
| TITUSVILLE HOSPITAL | $92,830.05 | $93,669.92 | ($839.87) |
| TROY COMMUNITY HOSPITAL | $73,797.74 | $0.00 | $73,797.74 |
| UNIONTOWN HOSPITAL ASSOCIATION | $543,780.22 | $548,700.02 | ($4,919.80) |
| UPMC HORIZON | $285,696.02 | $292,949.15 | ($7,253.13) |
| UPMC MCKEESPORT | $633,603.22 | $648,914.92 | ($15,311.70) |
| UPMC MERCY | $1,707,156.17 | $1,727,425.30 | ($20,269.13) |
| UPMC NORTHWEST | $298,002.52 | $301,307.43 | ($3,304.91) |
| UPMC PRESBYTERIAN SHADYSIDE | $4,853,496.59 | $4,879,236.90 | ($25,740.31) |
| VALLEY FORGE MEDICAL CENTER | $411,905.09 | $415,181.51 | ($3,276.42) |
| WARREN GENERAL HOSPITAL | $162,816.38 | $192,249.36 | ($29,432.98) |

** Denotes hospital for which various data elements could not be verified.

**Exhibit 5 - Uncompensated Care (Continued)**

| Hospital | DPW Original Payment | Auditor General Recalculated Payment Entitlement | DPW Overpayment (Underpayment) |
|---|---|---|---|
| WASHINGTON HOSPITAL | $612,286.14 | $624,032.51 | ($11,746.37) |
| WAYNE COUNTY MEMORIAL HOSPITAL | $0.00 | $160,733.20 | ($160,733.20) |
| WEST PENN-ALLEGHENY GENERAL HOSPITAL | $1,475,911.50 | $1,490,339.49 | ($14,427.99) |
| WESTERN PENNSYLVANIA HOSPITAL | $1,058,263.73 | $1,067,258.25 | ($8,994.52) |
| YORK HOSPITAL | $1,486,193.49 | $1,499,639.67 | ($13,446.18) |
| **TOTALS** | **$75,256,424.66** | **$75,256,424.70** | **($0.04)** |

# DEPARTMENT OF PUBLIC WELFARE'S RESPONSE



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF PUBLIC WELFARE

October 17, 2013

Ms. Tracie L. Fountain, CPA
Director
Bureau of Firefighters' Relief Association Audits
Department of the Auditor General
316-D Finance Building
Harrisburg, Pennsylvania 17120

Dear Ms. Fountain:

Thank you for your August 27, 2013 letter, which transmitted the draft report for the Tobacco Settlement Uncompensated Care and Extraordinary Expense Payments to Hospitals and for providing the Department of Public Welfare (DPW) with the opportunity to comment. The purpose of the review was to determine whether the 164 hospitals receiving payments could document their entitlement to the funds received. As a result of this review, the Auditor General (AG) is recommending that DPW change its data collection and payment process and redistribute the 2010 tobacco payments consistent with their calculations.

DPW was recently notified that, as a result of an arbitration decision concerning payments made in 2003, Pennsylvania's share of payments from the tobacco Master Settlement Agreement (MSA) will be reduced by an estimated $180 million - $220 million, or 60 percent of the Commonwealth's base tobacco payment. Due to the uncertainty concerning the future of the Uncompensated Care and Extraordinary Expense Programs, DPW will not be considering the establishment or implementation of new policies, procedures, or practices at this time.

### Finding No. 1:

***Extraordinary Expense Claims Data Utilized by the DPW Was Not Entirely Accurate Resulting in Hospitals Receiving $859,496 More Than They Were Entitled to Receive***

**AG Recommendation:** Establish a mandatory requirement for hospitals to access the Pennsylvania Health Care Cost Containment Council's (PHC4) website during the claims verification process timeframes established by PHC4 and make corrections to the previously submitted claims data as necessary. Further, establish a penalty for hospitals failing to adhere to this process.

27

## DEPARTMENT OF PUBLIC WELFARE'S RESPONSE (Continued)

In the event that DPW believes the PHC4 verification process does not resolve disallowances, the AG recommends that the DPW consider implementing another process to collect final hospital extraordinary expense data or work with the PHC4 to develop a more reliable claims database from which to base DPW's extraordinary expense payments. Finally, the AG recommends DPW collect overpayments and make additional payments to hospitals based on the AG's review results.

### DPW Response:

As stated above, DPW is not establishing or implementing new policies, procedures, or practices for the Hospital Extraordinary Expense Program at this time due to the uncertainty surrounding this program's future.

DPW disagrees with the payment discrepancies identified by the AG. The AG used certain information in their review that was not available to DPW at the time the extraordinary expense eligibility and payment amounts were calculated. In fact, the information used by the AG included claims that had not even been submitted by hospitals for consideration as an extraordinary expense claim at the time DPW calculated these payments. Given the passage of time, which resulted in the availability of more current data to the AG, their calculations of extraordinary expense payments, logically, are different from that of DPW.

According to the draft report, the AG identified the key problem pertaining to the identification of extraordinary expense claims as being the fact that hospitals' initial payer designations are subject to change. Although the AG recognized this issue, they failed to recognize that DPW is required by the Tobacco Settlement Act and by its approved State Plan to make extraordinary expense payments to qualifying hospitals on an annual basis. DPW also must report the identity of the qualifying hospitals and their payment amounts to the General Assembly by November 30 of each year. In order to comply with these requirements, DPW must use the best information available at the time to determine eligibility and payment amounts. As you are aware, the calculation of payment amounts is complicated and involves substantial work. In order to perform these annual calculations, DPW cannot allow the information verification process to continue indefinitely, but must establish an endpoint for submitting changes to hospital information. This endpoint occurs after the PHC4 website application has been inactivated and the data is finalized and forwarded to DPW for use in the Extraordinary Expense Program calculations, thereby providing a "snapshot" or "point in time" calculation. Absent such an endpoint, DPW would be recalculating and redistributing annual payments each and every time a hospital changes the payer designation, even for one eligible claim.

Further, prior to the finalization of the data and in order to receive the most current available information from the hospitals, as part of the annual claims verification process, PHC4 provides hospitals with the opportunity to review and update their self-pay records through the use of a PHC4 website specifically designed and dedicated for this purpose. DPW and PHC4 encourage hospitals to access this website through

28

written notification from PHC4. In addition, DPW has solicited and received the Hospital and Healthsystem Association of Pennsylvania's (HAP) assistance in providing additional notice to hospitals encouraging use of the website. For the 2010 payments, DPW's Bureau of Fee-for-Service Program, Division of Rate Setting staff also contacted each hospital that received a Tobacco Extraordinary Expense payment in the prior year, and requested their cooperation in verifying and reconciling their 2010 self-pay records. Of the hospitals contacted, 95 percent accessed and utilized the PHC4 website to verify the information provided. After providing this opportunity for hospitals to verify the information, PHC4 finalized the data and forwarded it to DPW for use in its payment calculations for 2010. DPW is not aware of any alternate process or data source which will result in the provision of better data. Given hospitals' familiarity with the PHC4, DPW considers the use of PHC4 and its website the most effective and efficient means to collect the information from hospitals.

The Tobacco Settlement Act and DPW's approved State Plan require DPW to annually calculate and disburse extraordinary expense payments to qualifying hospitals. Neither requires DPW to recalculate and redistribute payments as updated information becomes available from hospitals after the DPW has made its determination. Given the number of hospitals potentially eligible for extraordinary expense payments and the fact that payer designations within each eligible claim for all of these hospitals are subject to change for indefinite periods of time, such a requirement would result in constant revision and recalculation of payment amounts for indefinite periods of time, which is a result seemingly inconsistent with the General Assembly's intent.

Even though DPW is not required to make any funding adjustments, we will determine what adjustments, if any, we can make given the uncertainty of the program going forward as well as other uncertainties. Any collection of overpayments or making any additional payments will be based on this determination.

### Finding No. 2:

***Uncompensated Care Data Elements Utilized by the DPW Was Not Entirely Accurate Resulting in a Redistribution of $926,483 among the 94 Hospitals that Received this Payment***

**AG Recommendation:** DPW collect any overpayments from, or make additional payments to, hospitals based upon the results of their uncompensated care reviews. Further, the AG recommends that DPW establish a system that penalizes each hospital for each data element for which it fails to provide supporting documentation.

The AG included specific recommendations pertaining to two hospitals as follows:

- Troy Community Hospital should be required to return the payment it received due to the fact that the hospital's uncompensated care (UC) score, based upon the results of their reviews, fell below the median UC Score to qualify for an uncompensated care payment; and,

- Wayne County Memorial Hospital should receive an additional payment from the uncompensated care approach, due to the fact that the hospital's UC score, based upon the results of their reviews, exceeded the median required to qualify for an uncompensated care payment.

## DPW Response:

For the AG's recommendations that DPW establish different data collection requirements, practices, and processes for hospitals failing to comply with the new processes, as stated above, DPW is not establishing or implementing new policies, procedures, or practices for the Hospital Uncompensated Care Program at this time.

The AG indicates that the purpose of their reviews, in part, is to determine whether each hospital received the payment to which it was entitled. However, unlike DPW, the AG reviews the data only for those hospitals that received uncompensated care payments; however, DPW is required to determine eligibility and calculate payments based on data from all hospitals. In determining the median UC score, DPW bases its calculation on information from all eligible hospitals; however, the AG used revised data from a subset of those hospitals, specifically the hospitals that received an uncompensated care payment and in some cases those hospitals that received an extraordinary expense payment, but did not review data for all eligible hospitals. Even assuming that DPW's calculation of uncompensated care eligibility and payments was not based on accurate data, without a full review of *all* the eligible hospitals' data as required by law and DPW's approved State Plan, the AG's calculations of uncompensated care payments cannot be a basis on which to redistribute the 2010 Uncompensated Care payments.

As previously stated for the extraordinary expense payments, the Tobacco Settlement Act and DPW's approved State Plan require DPW to annually calculate and disburse payments (both extraordinary expense and uncompensated care payments) to qualifying hospitals. Neither requires DPW to recalculate and redistribute payments based on updated or audited information. In fact, the intent of the Tobacco Settlement Act supports DPW's practice of basing its calculation on the data available at that time. In designating the information to be used to calculate a hospital's uncompensated care score, the Tobacco Settlement Act provides that each element is to be based on "*the most recent hospital financial analysis data reported to [PHC4]*" and "*the most recent data available to the Department.*" 35 P.S. §5701.1104(c). Therefore, DPW will not collect overpayments from, or make additional payments to, hospitals based upon the results of the uncompensated care reviews.

The AG's recommendations that Troy Community Hospital return the payment it received and Wayne County Memorial Hospital receive an additional payment are based on the results of their reviews of uncompensated care payments and determination of a revised median UC score. However, as stated above, the AG determined the median UC score using revised data from a subset of all eligible

hospitals, specifically the hospitals that received an uncompensated care payment and in some cases the hospitals that received an extraordinary expense payment, but did not review data for all eligible hospitals. Without a full review of all the eligible hospitals' data, as required by law and DPW's approved State Plan, the AG's calculations of uncompensated care payments cannot be a basis on which to redistribute the payments. Therefore, DPW will not require that Troy Community Hospital return the UC payment it received and will not make an additional payment to Wayne County Memorial Hospital.

Thank you for the opportunity to respond to these findings. Please contact Ms. Trudy Oberholtzer, Bureau of Fee-for-Service Programs at (717) 772-6060 if you have any questions.

Sincerely,

Karen K. Deklinski
Deputy Secretary for Administration

c:    Ms. Trudy Oberholtzer, Bureau of Fee-for-Service Programs

## PENNSYLVANIA HEALTH CARE COST CONTAINMENT
## COUNCIL'S RESPONSE

September 20, 2013

Tracie L. Fountain, C.P.A.
Director, Bureau of Firefighters' Relief Association Audits
Department of the Auditor General
Commonwealth of Pennsylvania
Room 316-D Finance Building
Harrisburg, PA 17120-0018

Dear Ms. Fountain:

On behalf of the Pennsylvania Health Care Cost Containment Council (PHC4), I thank you for the opportunity to comment on the 2010 Tobacco Settlement Fund Summary Report. As with previous reports, we appreciate and support the valuable work of the Auditor General's (AG) Office and efforts to improve the quality of data used in the process. The AG's work has been very valuable in dealing with the complex process of identifying uncompensated care cases.

In addition to its regular data verification process, PHC4 provides an additional web-based verification process for hospitals applying for Extraordinary Expense (EE) or Uncompensated Care (UC) payments under the Tobacco Settlement Act.

### EE Program
Of the 70 hospitals that received EE payments during the audited period 65 hospitals used PHC4's site to verify their data an additional time. The remaining five hospitals did not verify their data at PHC4's site; however, they only account for 1% of the total redistribution. Specifically, two of the five hospitals combined account for $84,000 (1.8%) of the $4.7 million underpayment and the other three hospitals combined account for $76,000 (1.4%) of the $5.6 million overpayment.

### EE Overpayment
Lancaster General Hospital (LGH) has accounted for the vast majority of the EE overpayments for the past three audits: 2008-2010 Tobacco Settlement Summary Reports. LGH utilized PHC4's self-pay verification website for all years of data. LGH's EE overpayments on the last four audits were:

1. **2010:** LGH is 88% ($4.9 million) of the $5.6 million EE overpayment (2008 PHC4 data)
2. **2009:** LGH is 73% ($2.9 million) of the $3.9 million EE overpayment (2007 PHC4 data)
3. **2008:** LGH is 62% ($1.7 million) of the $2.8 million EE overpayment (2006 PHC4 data)
4. **2007:** LGH is 8% ($148,000) of the $1.9 million EE overpayment (2005 PHC4 data)

### EE Underpayment

Of the EE underpayment, 33% came from three hospitals. Combined the three hospitals underpayment is $1.6 million. These hospitals utilized PHC4 verification website but the auditor identified 25 new records not initially submitted to PHC4 at two of the hospitals.

1. **St Luke's Hospital /Bethlehem:** 12% ($553,000) of the $4.7 million EE underpayment (auditor removed 14 records)
2. **Reading Hospital:** 11% ($523,000) of the $4.7 million EE underpayment (auditor added 8 new records)
3. **Pocono Medical Center:** 10% ($480,000) of the $4.7 million EE underpayment (auditor added 17 new records)

### UC Program

Over and under payments through the UC Program included a small number of hospitals accounting for large percentages of the audit exceptions:

- 69% of the overpayment came from one hospital: **St Christopher's Hospital for Children**
- Two hospitals each account for 17% individually for the underpayment: **Wayne Memorial Hospital and Temple University Hospital**

It is important to note that this process continues to improve significantly over time. **In that light, I would respectfully suggest further exploration as to what is unique about the processing of claims at hospitals that had a significant impact on the overall numbers.**

PHC4 stands ready to work further with the Auditor General's Office and the Department of Public Welfare (DPW) in the spirit of continuous quality improvement. As always, we will duly consider your recommendations in our ongoing efforts to achieve system enhancements that will further reduce overpayments and underpayments for uncompensated care cases associated with the Tobacco Settlement Act.

Best regards,


Joe Martin
Executive Director

# REPORT DISTRIBUTION LIST

## This report was initially distributed to:

The Honorable Tom Corbett
Governor
Commonwealth of Pennsylvania

Beverly Mackereth
Secretary
Department of Public Welfare

The Honorable Robert M. McCord
State Treasurer
Commonwealth of Pennsylvania

Ms. Anna Maria Kiehl
Chief Accounting Officer
Office of the Budget

Ms. Jolene Calla
Director
Bureau of Fee-For-Service Programs
Department of Public Welfare

Mr. John Kaschak
Director
Bureau of Audits
Office of the Budget

Ms. Tina Long
Director
Division of Financial Policy and Operations
Bureau of Financial Operations
Department of Public Welfare

Ms. Trudy Oberholtzer
HSPS Supervisor
Division of Rate Setting
Bureau of Fee-For-Service Programs
Department of Public Welfare

Mr. Brendan Harris
Chief of Staff
Department of Public Welfare

Mr. Alexander Matolyak
Audit Resolution Chief
Department of Public Welfare

Mr. Joseph Martin
Executive Director
Pennsylvania Health Care
Cost Containment Council

Mr. Vincent Gordon
Deputy Secretary
Office of Medical Assistance Programs
Department of Public Welfare

Ms. Paula Bussard
Sr. Vice President of Policy &
Regulatory Services
The Hospital and Healthsystem
Association of Pennsylvania

All Hospitals Contained in
This Report

This report is a matter of public record and is available online at
www.auditorgen.state.pa.us. Media questions about the report can be directed to the
Pennsylvania Department of the Auditor General, Office of Communications, 231 Finance
Building, Harrisburg, PA 17120; via email to: news@auditorgen.state.pa.us.

# EXHIBIT B

# TOBACCO FUND PAYMENTS SUMMARY REPORT

Hospitals' Subsidy Entitlement to Extraordinary Expense and Uncompensated Care Payments Received from the Department of Public Welfare in November 2011

October 2014



Commonwealth of Pennsylvania
Department of the Auditor General
Eugene A. DePasquale • Auditor General



Commonwealth of Pennsylvania
Department of the Auditor General
Harrisburg, PA 17120-0018
Facebook: Pennsylvania Auditor General
Twitter: @PAAuditorGen

EUGENE A. DePASQUALE
AUDITOR GENERAL

October 2, 2014

The Honorable Tom Corbett
Governor
Commonwealth of Pennsylvania
Harrisburg, Pennsylvania 17120

Dear Governor Corbett:

The Tobacco Settlement Act of June 26, 2001 (P.L. 755, No. 77), as amended, 35 P.S. § 5701.101 et seq. (Act), mandated the Department of Public Welfare (DPW) to make payments to hospitals for a portion of uncompensated care services provided by these facilities. On November 4, 2011, the DPW calculated payment entitlements totaling $72,746,494 to fund a total of 159 hospitals for uncompensated care under the extraordinary expense approach and the uncompensated care approach. Under the extraordinary expense approach, 68 hospitals were allocated a total of $10,911,974. These payments were based on claims data submitted by the hospitals to the Pennsylvania Health Care Cost Containment Council (PHC4). Under the uncompensated care approach, 91 additional hospitals were allocated a total of $61,834,520. These payments were based on three-year averages from five main data elements (for a total of fifteen data elements). These data elements are uncompensated care costs, net patient revenues, Medicare supplemental Security Income (Medicare SSI) days, Medical Assistance (MA) days and total inpatient days.

The Department of the Auditor General conducted reviews of the data submitted by each of these hospitals to determine whether each hospital received what it was entitled to under the requirements of this Act. This report summarizes the results of our 159 reviews and includes recommendations for improving the program's data collection and payment process.

The Department of the Auditor General performed reviews of the documentation submitted to the PHC4 by all 68 hospitals that received the extraordinary expense payments made on November 4, 2011. The purpose of these reviews was to determine whether proper documentation existed to support the claims submitted as extraordinary expense-eligible claims and to determine whether each hospital received the payment to which it was entitled. The results of these reviews determined that $855,649 of the $10,911,974 originally calculated and distributed to the 68 hospitals under the extraordinary expense method require repayment to the Commonwealth and redistribution by the DPW to the qualified hospitals. This net overpayment