IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. LUKE'S HEALTH NETWORK, INC. *et al.*, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LANCASTER GENERAL HOSPITAL, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-cv-02157-JLS |

## ORDER

AND NOW, on this __30th__ day of __May__, 2018, upon consideration of the Motion pursuant to Local Rule of Civil Procedure 83.5(2)(b), for the admission of Brian W. Barnes, Esquire to this Court *pro hac vice* as counsel for Plaintiffs, it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

/s/Jeffrey L. Schmehl
_____
Honorable Jeffrey L. Schmehl, U.S.D.J.