IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ST. LUKE'S HEALTH NETWORK, INC. d/b/a ST. LUKE'S UNIVERSITY HEALTH NETWORK, ET AL. | : : : | CIVIL ACTION<br>No:  18-02157 |
| Plaintiffs | : : | |
| VS. | : : | |
| LANCASTER GENERAL HOSPITAL, ET AL. | : : | **JURY TRIAL DEMANDED** |
| Defendants | : : | |

## NOTICE OF APPEARANCE WITH JURY DEMAND

TO THE CLERK OF COURT:

Please enter the appearance of Peter J. Hoffman, Esquire, Jeffrey P. Lewis, Esquire and Kevin W. Fay, Esquire of Eckert Seamans Cherin & Mellott, LLC, on behalf of all defendants in this matter.

Defendants demand a jury of twelve.

ECKERT SEAMANS CHERIN & MELLOTT, LLC


_____
Peter J. Hoffman, Esquire
Attorney ID No. 20054
Jeffrey P. Lewis, Esquire
Attorney ID No.  27586
Kevin W. Fay, Esquire
Attorney ID No. 308252
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
215.851.8400
215.851.8383 (fax)
phoffman@eckertseamans.com
jlewis@eckertseamans.com
kfay@eckertseamans.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Peter J. Hoffman, hereby certify that I caused to be served a true and correct copy of the Notice of Appearance with Jury Demand on behalf of defendants via ECF filing upon the following:

David H. Thompson, Esquire
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC  20036

Douglas J. McGill, Esquire
Webber McGill, LLC
760 Route 10, Suite 104
Whippany, NJ  07981

_____
Peter J. Hoffman, Esquire

Dated:  5/31/18