IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. LUKE'S HEALTH NETWORK, INC. *et al.*, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LANCASTER GENERAL HOSPITAL, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-cv-02157-JLS |

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS AND AUTHORIZING PLAINTIFF TO FILE A BRIEF IN SUPPORT OF SUCH RESPONSE NOT TO EXCEED 40 PAGES IN LENGTH**

It is stipulated by and between the undersigned parties, by their respective attorneys, as follows:

(1)    The time within which Plaintiffs may respond to Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b) and 12(b)(6) [Docket No. 20] (the "Motion to Dismiss") is hereby extended through and including September 14, 2018; and

(2)    Plaintiffs' may file a brief or memorandum of law not to exceed forty (40) pages in response to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ *Douglas J. McGill*
Douglas J. McGill, Esq.
Webber McGill LLC
760 Route 10, Suite 104
Whippany, New Jersey 07981
(973) 739-9559
*Counsel for Plaintiffs*

/s/ *Kevin W. Fay*
Kevin W. Fay, Esq.
Eckert Seamans Cherin & Mellot, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
(215) 851-8400
*Counsel for Defendants*

SO ORDERED:

This __10th__ day of August, 2018

                                                  /s/ Jeffrey L. Schmehl
                                      Hon. Jeffrey L. Schmehl
                                      United States District Judge