IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. LUKE'S HEALTH NETWORK, INC. *d/b/a* ST. LUKE'S UNIVERSITY HEALTH NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LANCASTER GENERAL HOSPITAL, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 18-2157 |

**ORDER**

**AND NOW**, this 12th day of September, 2019, upon reviewing Defendants' Motion to Dismiss (Docket No. 20) and all supporting and opposing papers, and after oral argument, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, Lancaster General Hospital, Lancaster General Health, University of Pennsylvania Health System, Trustees of the University of Pennsylvania, John Doe 1, and John Doe 2 (Docket No. 20) is **GRANTED** with respect to the federal civil RICO claims, and **DENIED** without prejudice as to the pendent state law claims; and

2. Plaintiffs may refile state law claims in the appropriate state court.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.