IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. LUKE'S HEALTH NETWORK, INC. d/b/a ST. LUKE'S UNIVERSITY HEALTH NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LANCASTER GENERAL HOSPITAL, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 18-2157 |

## ORDER

AND NOW, this 12th day of October, 2021, after review of defendants' Second Motion to Dismiss, plaintiffs' opposition, defendants' reply, and having held oral argument, it is hereby **ORDERED** that defendants' Second Motion to Dismiss is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion. It is further **ORDERED** that a telephonic status conference shall be held on **October 29, 2021, at 11:30 a.m.** The parties may call into the conference at 888-204-5984, and the access code is 3221457.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.