IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ST. LUKE'S HEALTH NETWORK, INC. :
*d/b/a* ST. LUKE'S UNIVERITY HEALTH :
NETWORK, *et al.*, :
: CIVIL ACTION
Plaintiffs, : NO. 18-2157
:
v. :
:
LANCASTER GENERAL HOSPITAL, *et al.* :
:
Defendants. :

## ORDER

AND NOW, this 12th day of September, 2024, upon consideration of Defendants' Motion for Summary Judgment, ECF No. 80, and the submissions related thereto, is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED IN PART** as to Count III of the Amended Complaint and **DENIED IN PART** as to Counts I, II, IV and V. It is **FURTHER ORDERED** that Count V of the Amended Complaint is **STRICKEN** pursuant to Federal Rule of Civil Procedure 12(f)(1).

BY THE COURT:

JEFFREY L. SCHMEHL, J.