IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ST. LUKE'S HEALTH NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LANCASTER GENERAL HOSPITAL, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 5:18-CV-02157-JLS |

**O R D E R**

**AND NOW**, this 9th day of April, 2025, upon consideration of the parties' letters, ECF Nos. 114 and 115, it is hereby **ORDERED** that the above-captioned case is **DISMISSED** without prejudice for lack of subject-matter jurisdiction. Plaintiffs may transfer this matter to state court pursuant to 28 U.S.C. § 1367(d) and 42 Pa.C.S. § 5103(b). *See generally Quiah v. Devereux Found., Inc.*, 303 A.3d 523, 529 (Pa. Cmmw. Ct. 2023) (citing *Artis v. Dist. of Columbia*, 583 U.S. 71, 75 (2018)). The Clerk of Court is respectfully **DIRECTED** to **CLOSE** this case.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**